WAWD (Rev. 4/2024) IFP and Written Consent


FILED
LODGED
RECEIVED
MAIL

# UNITED STATES DISTRICT COURT
## Western District of Washington

JUL 28 2025
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Artur Sargsyan

**Plaintiff**

vs.

Amazon.com, Inc.

**Defendant(s)**

Case Number: 2:25-cv-01257-JNW

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Artur Sargsyan _____ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

Amazon received $218,889.00 from me on April 27, 2025, but failed to deliver any goods or issue a refund. I respectfully request a judgment ordering Amazon to compensate my loss from its own funds due to breach of contract and unjust enrichment.

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes  Total amount of net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☑ No  Date of last employment _____ Total amount of last net monthly salary $ _____

2. If married, is your spouse presently employed? ☑ Not married

   ☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☐ No  Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment        $ 0
   b. Income from rent, interest or dividends              $ 0
   c. Pensions, annuities or life insurance payments       $ 0
   d. Disability, unemployment, workers compensation or public assistance  $ 0
   e. Gifts or inheritances                                $ 0
   f. Money received from child support or alimony         $ 0
   g. Describe any other source of income                  $ 0

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ **250**    Checking Account $ **0.00**    Savings Account $ **0.00**

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes
☑ No

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes
☑ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

> I currently live outside the United States. My only monthly expenses are basic necessities such as food, internet, and utilities, totaling approximately $450 USD per month. I do not have steady income or employment.

8. Provide any other information that will help explain why you cannot pay court fees and costs.

> I am unable to afford the court fee due to serious financial hardship caused by Amazon's failure to refund $218,889.00 I respectfully request that the Court allow me to proceed without prepayment.

I declare under penalty of perjury that the foregoing is true and correct.

7/20/25
**Executed on: (Date)**    **Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I; (print your name) __ARTUR SARGSYAN__

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

7/20/25
**Executed on: (Date)**    **Signature of Plaintiff (Required)**



