UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTYR SARGSYAN,

                    Plaintiff,

        v.

AMAZON.COM INC.,

                    Defendant.

CASE NO. **2:25-cv-01257-JNW**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 3**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 3) under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 31st day of July, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 3 - 1