

1101 Laurel Oak Road<br>Voorhees, NJ 08043

June 29, 2025

Artur Sargsyan
Sayat-Nova 6A
0901
Armenia
Via Email to: artursargsyan34100@gmail.com

Amazon
410 Terry Avenue North
Seattle, WA 98109
Via Email to: legal@amazon.com

Case Number: 01-25-0002-5807

Artur Sargsyan
-vs-
Amazon.com, Inc.

Dear Parties:

Prior to the filing of this arbitration, Amazon.com, Inc. failed to comply with the AAA's policies regarding consumer claims, set forth in the Consumer Due Process Protocol ("Protocol") and the Consumer Arbitration Rules ("Consumer Rules"), including the Costs of Arbitration, and/or removed themselves from the Consumer Clause Registry, which can be found on our web site, www.adr.org/clauseregistry. **Accordingly, we must decline to administer this claim and any other claims between this business and its consumers at this time.**

Please note that the AAA reviews the relevant arbitration agreement for material compliance with the Protocol and the Consumer Rules for cases proceeding under the Consumer Rules. The AAA's review is administrative; it is not an opinion on whether the arbitration agreement, the contract, or any part of the contract is legally enforceable, nor is it a determination regarding the arbitrability of the dispute.

**We have administratively closed our file and will refund any payment received by the filing party**. According to R-1(d) of the Consumer Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 3 months after the date of this letter.

If the business advises the AAA in the future of its intention to comply with the AAA's Consumer Rules and Protocol and, if applicable, resolves any outstanding payment obligations, the AAA may consider accepting newly filed consumer cases going forward at its sole discretion. Therefore, if the business wishes for the AAA to consider accepting consumer disputes going forward, the business must, at a minimum, register its clause on the Consumer Clause Registry on our website, www.adr.org/clauseregistry. Upon completion of the registration process and confirmation from the AAA that the business is now active on the Consumer Clause Registry, the business is responsible for informing all parties to previously declined AAA matters of their updated status.  For a

previously declined AAA matter, the Claimant may proceed in the appropriate court per R-1(d) of the Consumer Rules. However, the AAA will administer the previously declined matter if, at the Claimant's sole discretion, the Claimant chooses to re-file their claim with the AAA. The AAA will also abide by any court order directing how the underlying arbitration should or should not proceed.

Sincerely,
/s/
Consumer Filing Team
ConsumerFiling@adr.org
Fax: (877) 304-8457

cc:

## Supplemental Submission – Amazon's Response and Request for Unilateral Award

Case No.: 01-25-0002-5807

Claimant: Arthur Sargsyan

Respondent: Amazon.com, Inc.

To the AAA Case Administrator,

I am submitting this correspondence as a supplemental submission in support of my arbitration claim Arthur Sargsyan v. Amazon.com, Inc., Case No. 01-25-0002-5807.

On June 4, 2025, Amazon.com was officially served with the arbitration demand in accordance with AAA Rule C-3. On June 5, 2025, Amazon responded via email (attached as Amazon_Response_June5_2025.pdf), repeating requests for information that are either:

- Already included in my original arbitration submission (e.g., the registered email address, transaction date, and payment amount),
- Not applicable to the dispute (e.g., product or order ID, when Amazon itself denies that any order exists), or
- Not reasonably accessible to me as a consumer (e.g., an internal alphanumeric charge ID issued only by Amazon or its payment processor).

This response fails to address the substance of the claim. Amazon has not provided any valid rebuttal, documentation, or defense against the verified payment made on April 27, 2025, which is supported by:

1. Bank-issued payment confirmations,
2. Transaction statements naming Amazon MKTPLACE PMTS, US,
3. Contradictory responses from Amazon (initially confirming the payment, then denying it), and
4. Filed complaints with the BBB, FTC, and Washington State Attorney General.

⚖️ Request for Unilateral Determination

In light of Amazon's failure to provide a meaningful or substantive response, and pursuant to AAA Consumer Arbitration Rule R-32, I respectfully request that the arbitrator proceed with a unilateral award in my favor, based solely on the documents submitted and the

respondent's failure to present any valid defense or contradicting evidence.

The record clearly demonstrates a confirmed payment, lack of order delivery or refund, and evasive conduct by Amazon.

Thank you for your attention to this matter. Please let me know if any additional clarification or documentation is required.

Sincerely,
Arthur Sargsyan
Yerevan, Armenia
Email: artursargsyan34100@gmail.com
Phone: +37493079997



**Artur Sargsyan <artursargsyan34100@gmail.com>**

---

## 693950 : A notice from the Washington State Attorney General's Office

ag-replies@amazon.com <ag-replies@amazon.com>
Ответить: ag-replies+A1VUCNKN7KA301@amazon.com
Кому: artursargsyan34100@gmail.com
Копия: crc@atg.wa.gov

5 июня 2025 г. в 20:51



Your Account | Amazon.com

Message From Customer Service

Hello,

Thank you writing back to us and sharing the attachment. I'm copying AG office on this response for their reference.

Unfortunately I was not able to find the required details in the attachment you have shared.

I'd request again to please share the following details with us to investigate and help further.

1. Registered email id on the account.
2. Full order that was placed and not received (you can find the order details in your registered email inbox as we send a confirmation email after every order is placed with us).
3. Items name that were ordered and not received. We need to know what you have ordered and not received.
4. Date of the transaction.
5. Actual amount (in US Dollar).
6. A nine digit alphanumeric charge id for those transactions from us (this is not visible in the statement shared with us. please contact the bank to get this information to provide the same to us). The shared statement does not have this information or we are not able to identify it as its not in English Language.

Looking forward for the above details.

Thank you for contacting Amazon.

Best regards,
Mohammed A
**Amazon.com**

---

**Original Message**

Dear Amazon Legal Team,

I am writing to formally serve Amazon.com, Inc. with a copy of my Demand for Arbitration in accordance with the Amazon Conditions of Use and the Consumer Arbitration Rules of the American Arbitration Association (AAA).

▶ Claimant: Arthur Sargsyan

▶ Respondent: Amazon.com, Inc.

▶ AAA Case Number: 01-25-0002-5807

▶ Filing Date: May 29, 2025

This email constitutes official service of the arbitration demand as
required by AAA Rule C-3. I am providing the same documentation that was
submitted to the AAA.

The dispute involves a confirmed payment of approximately $218,889.00 USD
made to Amazon MKTPLACE PMTS, US on April 27, 2025 using my personal VISA
bank card (ending in 4763), which is attached to my Amazon account. Despite
this verified payment, I received no product, no order, and no refund.

Amazon initially acknowledged the payment and later denied any transaction.
After multiple failed resolution attempts via Amazon support, as well as
formal complaints submitted to the BBB, FTC, and the Washington State
Attorney General, I proceeded with arbitration.

📎 Attached documents include:
1. Formal arbitration demand (PDF)
2. Bank-issued confirmations of the completed payment
3. Transaction statement showing Amazon MKTPLACE PMTS, US
4. Amazon's contradictory responses
5. Filed complaints to BBB, FTC, and WA Attorney General
6. Copy of government-issued ID (passport)

Please consider this the formal service of demand. I am available to
provide any further documentation or clarification if necessary. You may
contact me directly at the details below.

Sincerely,
Arthur Sargsyan
📍 Yerevan, Armenia
📧 artursargsyan34100@gmail.com
📞 +37493079997

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

## 693950 : A notice from the Washington State Attorney General's Office
1 письмо

**ATG MI CRC Complaint Processing** <crc@atg.wa.gov>              27 мая 2025 г. в 21:32
Ответить: crc@atg.wa.gov
Кому: artursargsyan34100@gmail.com

Nick Brown
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 27, 2025

Artur Sargsyan
Armenia
Yerevan

RE: Amazon.com

File #: 693950

Dear Artur Sargsyan:

Amazon.com has notified our office that they are reviewing your complaint. Please note Amazon.com is requesting specific information from you to move forward with the review of your complaint.

Please provide the requested information and we will add it to the complaint file and forward to Amazon.com.

Consumer complaints are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

Consumer Resource Specialist
Consumer Resource Center
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

See Amazon's email response below:

**From:** ag-replies@amazon.com <ag-replies@amazon.com>
**Sent:** Saturday, May 24, 2025 5:39 AM
**To:** artursargsyan34100@gmail.com

**Cc:** ATG MI CRC Complaint Processing <crc@atg.wa.gov>
**Subject:** Re : 693950 : A notice from the Washington State Attorney General's Office

[EXTERNAL]

---

Your Account | Amazon.com

## Message From Customer Service

Hello,

I'm Mohammed of Amazon.com. I'm responding to Artur Sargsyan's subject matter complaint, and copying them for their reference.

Thank you for reaching out to us about the non-delivery of the order and charges. I'm sorry for the inconvenience caused.

I'll be happy to check on it however I was not able to find the order details on your account.

I request to please share the following details with us to investigate and help further.

1. Registered email id on the account.
2. Full order that was placed and not received (you can find the order details in your registered email inbox as we send a confirmation email after every order is placed with us).
3. Items name that were ordered and not received.
4. Date of the transaction.
5. Actual amount (in US Dollar).
6. A nine digit alphanumeric charge id for those transactions from us (this is not visible in the statement shared with us. please contact the bank to get this information to provide the same to us).

Looking forward for the above details.

Thank you for contacting Amazon.

Best regards,
Mohammed A
**Amazon.com**

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

## AGO Complaint

1 письмо

**crcmail@atg.wa.gov** <crcmail@atg.wa.gov>
Кому: artursargsyan34100@gmail.com
19 мая 2025 г. в 17:52

Artur,

Your complaint has been received by the Consumer Resource Center. You will receive a response from the Consumer Resource Center within 10 business days with your assigned complaint number. If you do not receive your complaint number within 10 business days, please contact us by calling 1-800-551-4636.

Thank you for your patience.

Information Submitted:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Artur  Sargsyan
International consumer
Yerevan, WA 00000

Contact Phone: (000) 000-0000
Alternate Phone:
Email: artursargsyan34100@gmail.com
Age Range: 40-49

Are you an active duty service member, a military dependent, retired from active duty, or a veteran: No

If English is not your first language, what is your first language: Armenian
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Business Name: Amazon.com,Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Bus Phone: (206) 266-1000
Email: primary-contact@amazon.com
Website: Amazon.com

List any additional businesses you are filing this complaint against and their contact information:


Transaction date: 27.04.2025
Amount in dispute: 216.000.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Explanation of complaint:
Complaint Against Amazon.com, Inc. – Request for Legal Compensation Without Involving Visa/Bank

I am an international consumer residing outside the United States. On April 27, 2025, I paid $216.000.00 USD to Amazon.com, Inc. using a Visa card for an order that was never delivered. Despite submitting official bank transaction confirmations, account statements, and proof of non-refund, Amazon has refused to acknowledge its responsibility and continues to direct me to Visa or the issuing bank, even though I have never requested a chargeback. The payment was successful and confirmed by my bank.

I have already submitted formal complaints to the Better Business Bureau (BBB) and the Federal Trade Commission (FTC) and now bring this matter before the Washington State Attorney General.

I am not requesting a simple refund. I am legally and rightfully demanding compensation for the damages and harm caused by Amazon's failure to deliver the product and its deliberate evasion of responsibility. The financial loss, time wasted, and ongoing distress are directly due to Amazon's negligence.

Amazon's conduct violates the following laws and principles:

1. RCW 19.86 – Washington Consumer Protection Act

RCW 19.86.020: Declares unlawful any unfair or deceptive acts or practices in trade or commerce.
Amazon's refusal to resolve the issue or engage in good faith constitutes a deceptive and abusive business practice.

2. Federal Trade Commission Act (15 U.S.C. §§ 41–58)

Section 5 prohibits unfair or deceptive acts affecting commerce.
Amazon misleads consumers by shifting responsibility for a failed delivery, even after full payment is documented.

3. Electronic Fund Transfer Act (15 U.S.C. §§ 1693 et seq.)

Protects consumers from unauthorized or unresolved transactions.
Amazon's refusal to resolve this clear case of non-fulfillment violates these obligations.

4. Amazon's own Terms of Service and International Consumer Standards

Amazon guarantees delivery and buyer protection.
This was breached in my case.

The documentation I have provided is legally sufficient to establish that Amazon received the funds and failed to deliver the promised goods. Therefore, I respectfully urge your office to take legal action and require Amazon to pay appropriate compensation, without redirecting me to Visa or my bank, as doing so would ignore the direct responsibility of Amazon.

All relevant evidence, including written responses from Amazon, bank statements, and filed complaints, is available for your review.

Sincerely,
Artur Sargsyan
International Consumer

Complaint as Public Record: Yes
Disclosure Notices: Yes

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If you have any questions about the complaint submittal process, you may contact our Consumer Resource Center at 1-800-551-4636 between 10:00 a.m. and 3:00 p.m., Monday through Friday.

Sincerely,

Nick Brown and the AGO staff

Consumer protection issues constantly change, with new scams and threats emerging every week. To be automatically notified, please consider signing up for one or more of our newsletters (https://eepurl.com/bd6bM5) to keep up-to-date on the latest AGO news, opinions, consumer alerts, Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter (https://www.twitter.com/agowa), YouTube (https://www.youtube.com/washingtonago) and Facebook (https://www.facebook.com/WAStateAttorneyGeneral).

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

## AGO Complaint
1 письмо

crcmail@atg.wa.gov <crcmail@atg.wa.gov>                                                    22 мая 2025 г. в 18:41
Кому: artursargsyan34100@gmail.com

Artur,

Your complaint has been received by the Consumer Resource Center. You will receive a response from the Consumer
Resource Center within 10 business days with your assigned complaint number. If you do not receive your complaint
number within 10 business days, please contact us by calling 1-800-551-4636.

Thank you for your patience.

Information Submitted:

************************************************************

Artur  Sargsyan
410 Terry Avenue North
Seattle, WA 98109-5210

Contact Phone: (000) 000-0000
Alternate Phone:
Email: artursargsyan34100@gmail.com
Age Range: 40-49

Are you an active duty service member, a military dependent, retired from active duty, or a veteran: No

If English is not your first language, what is your first language: Armenian
************************************************************

Business Name: Amazon.com,Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Bus Phone: (206) 266-1000
Email: artursargsyan34100@gmail.com
Website: www.amazon.com

List any additional businesses you are filing this complaint against and their contact information:


Transaction date: 27.04.2025
Amount in dispute: 216.000.00

************************************************************

Explanation of complaint:
Urgent Consumer Complaint Against Amazon.com — Request for Immediate Action and Compensation

Dear Consumer Protection Division,

I am submitting this formal complaint to request immediate intervention regarding a serious unresolved issue with
Amazon.com. Despite providing comprehensive documentation, including official bank statements and certified
confirmations of a significant international transaction, Amazon has failed to process the rightful compensation.

Background:

Transaction Details: An international payment of approximately $216,000 (in AMD) was made to Amazon MKTPLACE
PMTS, US. No corresponding order was fulfilled or registered.

Previous Actions: I have submitted all relevant documentation, including:

Official bank statement and certified bank confirmation of the transaction.

All communications with Amazon, highlighting contradictory responses.

Formal complaints submitted to the BBB and FTC.


Request:

Given the substantial amount involved and the evidence provided, I urge your office to:

1. Investigate this matter promptly.


2. Facilitate the necessary actions to compel Amazon to process the due compensation.


3. Provide a formal acknowledgment of this complaint and inform me of the assigned reference number.


I am attaching all supporting documents in PDF format for your review.

Thank you for your attention to this urgent matter.

Sincerely,
Artur Sargsyan
Email: artursargsyan34100@gmail.com
22.05.2025

Complaint as Public Record: Yes
Disclosure Notices: Yes

*************************************************************
*************************************************************

If you have any questions about the complaint submittal process, you may contact our Consumer Resource Center at 1-800-551-4636 between 10:00 a.m. and 3:00 p.m., Monday through Friday.

Sincerely,

Nick Brown and the AGO staff

Consumer protection issues constantly change, with new scams and threats emerging every week.  To be automatically notified, please consider signing up for one or more of our newsletters (https://eepurl.com/bd6bM5) to keep up-to-date on the latest AGO news, opinions, consumer alerts, Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter (https://www.twitter.com/agowa), YouTube (https://www.youtube.com/washingtonago) and Facebook (https://www.facebook.com/WAStateAttorneyGeneral).

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

## AGO Complaint

1 письмо

crcmail@atg.wa.gov <crcmail@atg.wa.gov>                          24 мая 2025 г. в 19:50
Кому: artursargsyan34100@gmail.com

Artur,

Your complaint has been received by the Consumer Resource Center. You will receive a response from the Consumer Resource Center within 10 business days with your assigned complaint number. If you do not receive your complaint number within 10 business days, please contact us by calling 1-800-551-4636.

Thank you for your patience.

Information Submitted:

**********************************************************

Artur  Sargsyan
410 Terry Avenue North
Seattle, WA 98109-5210

Contact Phone: (000) 000-0000
Alternate Phone: (000) 000-0000
Email: artursargsyan34100@gmail.com
Age Range: 40-49

Are you an active duty service member, a military dependent, retired from active duty, or a veteran: No

If English is not your first language, what is your first language: Armenian
**********************************************************

Business Name: Amazon.com,Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Bus Phone: (206) 266-1000
Email: resolution@amazon.com
Website: www.amazon.com

List any additional businesses you are filing this complaint against and their contact information:


Transaction date: 27.04.2025
Amount in dispute: 216.000.00

**********************************************************

Explanation of complaint:
Second Urgent Request for Formal Action – Consumer Complaint Against Amazon.com (Unresolved Verified Payment Issue)

To: Washington State Attorney General – Consumer Protection Division


Dear Consumer Protection Division,

This is my second formal request concerning the consumer complaint I submitted regarding Amazon.com and their refusal to issue compensation for a fully verified payment made by me in the amount of approximately $216,000 (in AMD). All supporting documents have already been submitted, including:

An official bank statement and certified confirmation of the transaction, issued by my financial institution.

My communications with Amazon, including contradictory responses and clear evidence of delays and misdirection.

A record of complaints submitted to both BBB and FTC.

Despite the seriousness of the matter, Amazon continues to avoid responsibility. In one response, they explicitly confirmed that the payment had been identified in their system. Yet later, they contradicted this and claimed the payment could not be found. At one point, they even stated that a reply would be provided within two business days—yet no response was delivered until BBB intervened.

Amazon has demanded data that does not exist in my case: no order confirmation, no order ID, and no charge ID were ever generated or sent to me—because no order was ever properly registered, despite full payment being processed. I have explained this repeatedly, including in my original complaint. Thus, their repeated request for irrelevant data appears to be a deliberate evasion tactic and a failure of fair consumer practice.

According to Washington State's Consumer Protection Act (RCW 19.86) and relevant provisions of RCW 42.56, I believe Amazon's actions qualify as unfair, deceptive, and obstructive. I urge your office to review their pattern of contradictory communication and their failure to act in good faith despite receiving clear, legal proof of payment.

This letter serves as a final attempt to resolve this issue through your voluntary mediation. Should Amazon continue to avoid issuing full compensation, I will proceed to file a civil complaint in court and present all documented evidence of Amazon's misconduct. If necessary, I will pursue criminal liability based on intentional avoidance of financial responsibility and fraud.

Please be advised that I do not consent to Amazon or your office contacting VISA or my bank, as doing so will be interpreted as an attempt to delay or suppress rightful compensation. The documentation I have already submitted is sufficient and legally binding.

I respectfully ask that your office resolve this complaint by requiring Amazon to issue full compensation within a defined and reasonable period, without further irrelevant data requests or unjustified delays. Otherwise, I am prepared to escalate to litigation, enforcement action, and public exposure of this conduct.

Sincerely,
Artur Sargsyan
artursargsyan34100@gmail.com

Complaint as Public Record: Yes
Disclosure Notices: Yes

*********************************************************
*********************************************************

If you have any questions about the complaint submittal process, you may contact our Consumer Resource Center at 1-800-551-4636 between 10:00 a.m. and 3:00 p.m., Monday through Friday.

Sincerely,

Nick Brown and the AGO staff

Consumer protection issues constantly change, with new scams and threats emerging every week.  To be automatically notified, please consider signing up for one or more of our newsletters (https://eepurl.com/bd6bM5) to keep up-to-date on the latest AGO news, opinions, consumer alerts, Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter (https://www.twitter.com/agowa), YouTube (https://www.youtube.com/washingtonago) and Facebook (https://www.facebook.com/WAStateAttorneyGeneral).

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

---

## Your Amazon.com Inquiry - BBB Complaint #23319775

1 письмо

---

**bbb@amazon.com** <bbb@amazon.com>
Ответить: bbb+A2BWJWTO5W7UGB@amazon.com
Кому: artursargsyan34100@gmail.com

20 мая 2025 г. в 19:57

---


         Your Account  |  Amazon.com

### Message From Customer Service

Hello Artur,

I'm Srilaxmi from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB. I've provided the BBB with a copy of this message.

I've reviewed your complaint, and I understand your concern regarding payment on your order.

We would like to investigate further in this matter, we request you to share the order ID from the order confirmation email sent to you on your registered email address on the account or charge ID from your bank statement.

A payment descriptor is text that appears on your bank, or credit card, statement, and shows details for which company processed a payment. Descriptors could include information such as the company name, date of the charge, and the State where the purchase was made.

Amazon descriptors will now also include a unique nine-digit Charge ID, which is linked to the charge for your order, or subscription.

For more information about identifying unknown charges on your statement, visit: https://www.amazon.com/bill.

We look forward to hearing from you soon.

==========================

Information received date:5/13/2025

==========================

Case Description:"Subject: Legal Complaint Against Amazon — Demand for Compensation Based on Verified Bank Documents I am filing this complaint due to Amazon's repeated refusal to compensate me for a $216,000 transaction, despite submitting official verified bank documents—including a certified statement and a written confirmation from my bank—that prove the payment was successfully completed and received by Amazon. The products were never registered on my Amazon account or in their system, yet the payment was accepted. I reject any suggestion of a refund process, as this is not appropriate. I demand full compensation based on legal documentation already provided. Previously, an Amazon representative confirmed that in such cases, where documents confirm receipt of funds, compensation is to be issued. However, Amazon failed to act even after their stated 2-business-day timeframe, ignoring my supporting evidence and avoiding responsibility. Attached to this complaint are updated bank documents again confirming the transfer. I now demand compensation equal to the payment made, to be processed within 5 business days. If Amazon continues to delay or deny, I will escalate to the FTC, CFPB, and State Attorney General. I will not respond to further unjustified delays or questions. I have provided sufficient evidence. I expect rightful, lawful compensation without further evasion."

Desired Resolution:"Refund"

====================================================

Best regards,
Srilaxmi
**Amazon.com**



**Ardshinbank**

Արդշինբանկ ՓԲԸ
ՀՀ, ք.Երևան Գրիգոր Լուսավորիչ 13

Հաշիվների դեպզում` (+37412) 222222
www.ardshinbank.am

**ՀԱՇՎԻ ՔԱՂՎԱԾՔ N0013**

Ձևավորվել է` 03.05.2025, 16:18

**Հաշվետու ժամանակահատված`** 11.04.2025 - 29.04.2025 ( 21 օր )

| | |
|---|---|
| Հաշվի համար` | 2474-5034-5357-0000 |
| Հաշվի արժույթ` | AMD |
| Քարտի համար` | VISA 4454-3000-0543-4763 |

| ՈՒՇԱԴՐՈՒԹՅՈՒՆ |
|---|
| Դրական մնացորդի վրա հաշվարկված տոկոսագումարից եկազեպլել է եկամտային հարկը: |
| Քաղվածքի վերաբերյալ հարցեր ունենալու դեպքում կարող եք զանգահարել +374-12-222222 հեռախոսահամարով, կամ այցելել Արդշինբանկի ի  ցանկացած մասնաճյուղ: |

| Սկզբնական մնացորդ (11.04.2025 դրությամբ) | Մուտքեր (ընդհանուր) | Ելքեր (ընդհանուր) | որից | Միջնորդավճար (գործառնությից և սպ) | Տույժեր (ընդհանուր) | Վերջնական մնացորդ (03.05.2025 դրությամբ) |
|---|---|---|---|---|---|---|
| 86,125,000.00 | 0 | 86,124,490.00 | | 0 | 0 | որից հասանելի` 510.00 |

| ԳՈՐԾԱՐՔՆԵՐ/ԳՈՐԾԱՌՆՈՒԹՅՈՒՆՆԵՐԻ ՄՄԱՆՈՒՄԱՆ, ՏԵՂԵԿԱՏՎՈՒԹՅՈՒՆ | | | | | | |
|---|---|---|---|---|---|---|
| Գործարքներ, ալ գործառնություններ | | | Գործարքի գումար քարտի արժույթով | Վերադ րդ փոխարժեք | Ձևակերպման (նախնական) ապատոն(ման) ամսաթիվ | Հաշվի վերջնական մնացորդ | Գործարքի նկարագրություն |
| Ամսաթիվ | Գումար | Արժույթ | Մուտք | Ելք | | | |
| 27.04.2025 | 11,553,400.00 | AMD | | 11,553,400.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 7,828,820.00 | AMD | | 7,828,820.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 12,990,720.00 | AMD | | 12,990,720.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 6,063,090.00 | AMD | | 6,063,090.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 5,405,100.00 | AMD | | 5,405,100.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 5,720,170.00 | AMD | | 5,720,170.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 5,429,690.00 | AMD | | 5,429,690.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 4,841,810.00 | AMD | | 4,841,810.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 2,561,230.00 | AMD | | 2,561,230.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 2,953,820.00 | AMD | | 2,953,820.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 1,935,800.00 | AMD | | 1,935,800.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 1,355,650.00 | AMD | | 1,355,650.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 253,630.00 | AMD | | 253,630.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 1,021,860.00 | AMD | | 1,021,860.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 144,380.00 | AMD | | 144,380.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 5,733,650.00 | AMD | | 5,733,650.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 27.04.2025 | 8,230,000.00 | AMD | | 8,230,000.00 | AMD | 27.04.2025 | | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS,US |
| 28.04.2025 | 450,000.00 | AMD | | 450,000.00 | AMD | 28.04.2025 | | Կանխիկացում-ATM ACBA ARMAVIR HEAD |
| 28.04.2025 | 310,000.00 | AMD | | 310,000.00 | AMD | 28.04.2025 | | Կանխիկացում-ATM 304 YEREVANYAN 17/3 |
| 28.04.2025 | 545,000.00 | AMD | | 545,000.00 | AMD | 28.04.2025 | | Կանխիկացում-IDBANK ISSO MALL |
| | | | | | | 03.05.2025 | 510.00 | Մնացորդ - Օրվա վերջին դրությամբ հաշվի վերջնական մնացորդ |

| ՎՃԱՐՎԱԾ ԵԿԱՄՈՒՏՆԵՐ ԵՎ ԲՈՆՈՒՍՆԵՐ | | |
|---|---|---|
| Անվանում | Չափեր | Միչավոր |
| Դրական մնացորդի վրա հաշվարկված տոկոսագումարում | 0,00 | AMD |
| Տարեկան անվանական տոկոսադրույց* | 0 | % |
| Տարեկան տոկոսային եկամտաբերություն** | 0 | % |
| Cash-Back | | |
| Բոնուս | | Լույսարության միավոր |

*Այն տոկոսադրույցն է, որի հիման վրա հաշվարկվում է ավանդի գումարի տոկոսները:

** Այն տոկոսադրույցն է, որը ցույց է տալիս, թե որքան կկազմի Ձեր ավանդի եկամտաբերությունը Ձեր կողմից ավանդի հետ կապված պարտադիր վճարներ կատարելուն ն ստացված տոկոսագումարները մայր գումարին ավելացնելու արդյունքում:

| ՔԱՐՏ ՍՊԱՍԱՐԿՄԱՆ ՎՃԱՐՆԵՐ | | |
|---|---|---|
| Քարտի տարեկան սպասարկում | 4,000.00 | AMD |
| Վճարման ամսաթիվ | 11.11.2025 | |
| Կուտակված պարտավորություն առ 11.11.2025 | 0 | AMD |

Մլրդյղյան Հովհաննես

Գլխավոր հաշվապահ

Հաստատված է` 03.05.2025

Քաղվածքի վերջ

Ardshinbank

Արդշինբանկ ՓԲԸ
ՀՀ, ք.Երևան Գրիգոր Լուսավորիչ 13

Հաշվի քաղվածք N0015

Ձևավորվել է՝ 08.05.2025, 14:28

Հաշվի դեպքում՝ (+37412) 222222
www.ardshinbank.am

Հաշվետու ժամանակահատված՝ 11.04.2025 - 08.05.2025 ( 27 օր )

| | | |
|---|---|---|
| Հաշվի համար՝ | | 2474-5034-5357-0000 |
| Հաշվի արժույթ՝ | AMD | |
| Քարտի համար՝ | VISA | 4454-3000-0543-4763 |

**ՈՒՇԱԴՐՈՒԹՅՈՒՆ**

Դրական մնացորդի վրա հաշվարկված տոկոսագումարից ենթադ լ մ ն խ .

Քաղվածքի վերաբերյալ հարցեր ունենալու դեպքում կարող եք զանգահարել +374-12-222222 հեռախոսահամարով, կամ այցելել Արդշինբանկի ի ցանկացած մասնաճյուղ:

| Սկզբնական մնացորդ (11.04.2025 դրությամբ) | Մուտքեր (ընդհանուր) | Ելքեր (ընդհանուր) | որից | Միջնորդավճար (գործարքներից և սպ) | Տուժանք (ընդհանուր) | Վերջնական մնացորդ (08.05.2025 դրությամբ) |
|---|---|---|---|---|---|---|
| 86.125.000.00 | 0 | 86.124.490.00 | | 0 | 0 | |
| | | | | | | որից հատուկ՝ 510.00 |

**ԳՐԱՌՈՒՄՆԵՐԻ ԳԾՈՎ ՀԱՇՎԱՐԿՆԵՐԻ ՄԱՍՆԱՎՈՐ ՏԵՂԵԿԱՏՎՈՒԹՅՈՒՆ**

| Գործարքներ, այլ գործառնություններ | | | Գործարքի գումարն արժույթով | | Վճարվող ֆինխարձեր | Ձևակերպման (ամրագր) ամսաթիվ | Հաշվի վերջնական մնացորդ | Գործարքի նկարագրություն |
|---|---|---|---|---|---|---|---|---|
| Ամսաթիվ | Գումար | Արժույթ | Մուտք | Ելք | | | | |
| 27.04.2025 | 11.553.400.00 | AMD | | 11.553.400.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 7.828.820.00 | AMD | | 7.828.820.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 12.990.720.00 | AMD | | 12.990.720.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 6.063.090.00 | AMD | | 6.063.090.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5.405.100.00 | AMD | | 5.405.100.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5.720.170.00 | AMD | | 5.720.170.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5.429.690.00 | AMD | | 5.429.690.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 4.841.810.00 | AMD | | 4.841.810.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 2.561.230.00 | AMD | | 2.561.230.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 2.953.820.00 | AMD | | 2.953.820.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1.935.800.00 | AMD | | 1.935.800.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1.355.650.00 | AMD | | 1.355.650.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 253.630.00 | AMD | | 253.630.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1.021.860.00 | AMD | | 1.021.860.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 144.380.00 | AMD | | 144.380.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5.733.650.00 | AMD | | 5.733.650.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 8.230.000.00 | AMD | | 8.230.000.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 28.04.2025 | 450.000.00 | AMD | | 450.000.00 | AMD | 28.04.2025 | | Կանխիկացում-ATM ACBA ARMAVIR HEAD |
| 28.04.2025 | 310.000.00 | AMD | | 310.000.00 | AMD | 28.04.2025 | | Կանխիկացում-ATM 304 YEREVANYAN 17/3 |
| 28.04.2025 | 545.000.00 | AMD | | 545.000.00 | AMD | 28.04.2025 | | Կանխիկացում-IDBANK ISSO MALL |
| | | | | | | 08.05.2025 | 510.00 | Մնացորդ - Օրվա վերջին դրությամբ հաշվին վերջնական մնացորդ |

| **ՎԱՍՏԱԿԱԾ ԵԿԱՄՈՒՏՆԵՐ ԵՎ ԲՈՆՈՒՍՆԵՐ** | | |
|---|---|---|
| Անվանում | Արժեք | Միավոր |
| Դրական մնացորդի վրա հաշվարկված տոկոսագումար | 0,00 | AMD |
| Տարեկան անվանական տոկոսադրույց* | 0 | % |
| Տարեկան տոկոսային եկամտաբերություն** | 0 | % |
| Cash-Back | | |
| Բոնուս | | Լոյալության միավոր |

*Այն տոկոսադրույցն է, որի հիման վրա հաշվարկվում է ավանդի գումարի մնացորդը:

** Այն տոկոսադրույցն է, որը ցույց է տալիս. թե որքան կկազմի Ձեր ավանդի եկամտաբերությունը Ձեր կողմից ավանդի հետ կատարվող պարտադրիչ վճարներ կատարելու ե ստանդած տոկոսագումարները մեջ գումարի ավելացնելու արդյունքում:

| **ՔԱՐՏ ՍՊԱՍԱՐԿՄԱՆ ՎՃԱՐԵՐ** | | |
|---|---|---|
| Քարտի տարեկան սպասարկում | 4,000.00 | AMD |
| Վճարման ամսաթիվ | 11.11.2025 | |
| Կուտակված պարտավորություն առ 11.11.2025 | 0 | AMD |

 Արտադրող Հովհաննես

Գլխավոր հաշվապահ

Հաստատված է՝ 08.05.2025



**Ardshinbank**

<<Արդշինբանկ>> ՓԲԸ

ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ
Հաստատում Վճարման Կատարման Մասին


Բարև Ձեզ, հարգելի հաճախորդ,
Հարգելի Արթուր Սարգսյան Սույնով հաստատում ենք, որ ըստ մեր ներքին բանկային համակարգի
տվյալների, 2025
թվականի ապրիլը 27-ին, Արթուր Սարգսյան-ի անունով բացված բանկային հաշվից
կատարվել է հետևյալ միջազգային վճարումը.
Վճարող կողմ՝ Արթուր Սարգսյան
Բանկային հաշիվ՝ 4454-3000-0543-4763
Վճարման ամսաթիվ՝ 27.04.2025
Վճարված գումար՝ 84,819,490 ՀՀ դրամ
Ստացող կողմ՝ AMAZON MKTPLACE PMTS, US
Գործարքի տեսակ՝ միջազգային առցանց փոխանցում
Վճարման նպատակը՝ առևտրային գնումներ (հաճախորդի կողմից ներկայացված
նպատակի հիման վրա)
Վերոնշյալ գործարքը կատարվել է լիարժեք վստահությամբ, հաստատվել է
հաճախորդի կողմից և փոխանցվել Amazon-ի ֆինանսական համակարգին
համապատասխան միջբանկային ուղիներով: Գործարքն իրականացվել է
հաջողությամբ, և գումարը դուրս է գրվել հաճախորդի հաշվից:
Տվյալ փոխանցման վերաբերյալ բանկում չկա ոչ մի բողոք կամ հետկանչման նշում:
Գործարքը համարվում է ավարտված և վավերացված:
Սույն տեղեկագիրը տրամադրվում է ըստ հաճախորդի գրավոր դիմումի և կարող է
օգտագործվել որպես պաշտոնական վկայագիր համապատասխան
կազմակերպություններում
Հարգանքով՝
Արդշինբանկ



Անանյան Արտակ                                             Մկրտիչյան Հովհաննես
Վարչության Նախագահ                                  Գլխավոր Հաշվապահ



Հաստատված է 03.05.2025թ.



<<Արդշինբանկ>> ՓԲԸ

ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ
Հաստատում Վճարման Կատարման Մասին

Բարև Ձեզ, հարգելի հաճախորդ,
Հարգելի Արթուր Սարգսյան Սույնով հաստատատում ենք, որ ըստ մեր ներքին բանկային համակարգի
տվյալների, 2025
թվականի ապրիլի 27-ին, Արթուր Սարգսյան-ի անունով բացված բանկային հաշվից
կատարվել է հետևյալ միջազգային վճարումը.
Վճարող կողմ՝ Արթուր Սարգսյան
Բանկային հաշիվ՝ 4454-3000-0543-4763
Վճարման ամսաթիվ՝ 27.04.2025
Վճարված գումար՝ 84,819,490 ՀՀ դրամ
Ստացող կողմ՝ AMAZON MKTPLACE PMTS, US
Գործարքի տեսակ՝ միջազգային առցանց փոխանցում
Վճարման նպատակը՝ առևտրային գնումներ (հաճախորդի կողմից ներկայացված
նպատակի հիման վրա)
Վերոնշյալ գործարքը կատարվել է լիարժեք վստահությամբ, հաստատվել է
հաճախորդի կողմից և փոխանցվել Amazon-ի ֆինանսական համակարգին
համապատասխան միջբանկային ուղիներով։ Գործարքն իրականացվել է
հաջողությամբ, և գումարը դուրս է գրվել հաճախորդի հաշվից:
Տվյալ փոխանցման վերաբերյալ բանկում չկա ոչ մի բողոք կամ հետկանչման նշում:
Գործարքը համարվում է ավարտված և վավերացված:
Սույն տեղեկագիրը տրամադրվում է ըստ հաճախորդի գրավոր դիմումի և կարող է
օգտագործվել որպես պաշտոնական վկայագիր համապատասխան
կազմակերպություններում
Հարգանքով՝
Արդշինբանկ

Անանյան Արտակ                                          Մկրտիչյան Հովհաննես
Վարչության Նախագահ                                   Գլխավոր Հաշվապահ



_____                                      _____

Հաստատված է 08.05.2025թ.



<<Արդշինբանկ>> ՓԲԸ

ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ
Հաստատում Վճարման Կատարման Մասին

Բարև Ձեզ, հարգելի հաճախորդ,

Հարգելի Արթուր Սարգսյան Սույնով հաստատատում ենք, որ ըստ մեր ներքին բանկային համակարգի տվյալների, 2025
թվականի ապրիլի 27-ին, Արթուր Սարգսյան-ի անունով բացված բանկային հաշվից
կատարվել է հետևյալ միջազգային վճարումը.
Վճարող կողմ՝ Արթուր Սարգսյան
Բանկային հաշիվ՝ 4454-3000-0543-4763
Վճարման ամսաթիվ՝ 27.04.2025
Վճարված գումար՝ 84,819,490 ՀՀ դրամ
Ստացող կողմ՝ AMAZON MKTPLACE PMTS, US
Գործարքի տեսակ՝ միջազգային առցանց փոխանցում
Վճարման նպատակը՝ առևտրային զնումներ (հաճախորդի կողմից ներկայացված
նպատակի հիման վրա)
Վերոնշյալ գործարքը կատարվել է լիարժեք վստահությամբ, հաստատվել է
հաճախորդի կողմից և փոխանցվել Amazon-ի ֆինանսական համակարգին
համապատասխան միջբանկային ուղիներով։ Գործարքն իրականացվել է
հաջողությամբ, և գումարը դուրս է գրվել հաճախորդի հաշվից։
Տվյալ փոխանցման վերաբերյալ բանկում չկա ոչ մի բողոք կամ հետկանչման նշում։
Գործարքը համարվում է ավարտված և վավերացված։
Սույն տեղեկագիրը տրամադրվում է ըստ հաճախորդի գրավոր դիմումի և կարող է
օգտագործվել որպես պաշտոնական վկայագիր համապատասխան
կազմակերպություններում
Հարգանքով՝
Արդշինբանկ

Անանյան Արտակ                                      Մկրտիչյան Հովհաննես
Վարչության Նախագահ                              Գլխավոր Հաշվապահ



Հաստատված է 12.05.2025թ.

| | Արդշինբանկ ՓԲԸ<br>22, ք.Երևան Ղ.Դ.Լ 13 | **ՀԱՇՎԻ ՔԱՂՎԱԾՔ N0013** | | |
|---|---|---|---|---|
| **Ardshinbank**<br>Հաճախորդ.կ ծառ (+37412) 222222<br>www.ardshinbank.am | | Տրամադրվել է՝ 03.05.2025, 16:18 | Հաշվի համար` | 2474-5034-S-957-0000 |
| | | **Հաշվետու ժամանակաշրջան`** 11.04.2025 - 29.04.2025 ( 21 օր ) | Հաշվի արժույթ`<br>Քարտի համար` | AMD<br>4454-3000-0543-4763 VISA |

**ՈՒՇԱԴՐՈՒԹՅՈՒՆ**

Դրական մնացորդի վրա հաշվարկված տոկոսագումարից նվազեցվելու է նախատեսվող հարկը:

Քաղվածքի վերաբերյալ հարցեր ունենալու դեպքում կարող եք զանգահարել +374-12-222222 հեռախոսահամարով, կամ այցելել Արդշինբանկի ՝ ցանկացած մասնաճյուղ:

| Մնաց«ական» մնացորդ<br>(11.04.2025 դրությամբ) | Մուտքեր<br>(դեբետագ») | Ելքեր<br>(կրեդիտագ») | | Մ»ետադրված«ման»<br>(պրոցարդ»եկիգ»կ ա») | Տուժանք<br>(կրեդիտագ») | Վերջնական մնացորդ<br>(03.05.2025 դրությամբ) |
|---|---|---|---|---|---|---|
| 86,125.000.00 | 0 | 86,124.490.00 | այս» | 0 | 0 | |
| | | | | | | տվյալ հաստանի` 510.00 |

| **ԳՈՐԾԱՐՔՆԵՐԻ/ԳՈՐԾԱՌՆՈՒԹՅՈՒՆՆԵՐԻ ՄԱՆՐԱՄԱՍՆ. ՏԵՂԵԿԱՏՎՈՒԹՅՈՒՆ** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Գործարքների.<br>այլ գործառնությունների | | | Գործարքի գումար՝ բացել<br>արժույթով | | Կիրառվող<br>փոխարժեք | Հաշվեկշռական<br>հաշվեփակ<br>տարեկանաթ(ական)<br>տոկոսներ» | Հաշվի<br>վերջնական<br>մնացորդ | Գործարքի նկարագրություն |
| Ամսաթիվ | Կումար | Արժույթ | Մ»ում» | Արժ»ույթ» | | | | |
|---|---|---|---|---|---|---|---|
| 27.04.2025 | 11,953.400.00 | AMD | | 11,953.400.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 7,828.820.00 | AMD | | 7,828.820.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 12,990.720.00 | AMD | | 12,990.720.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 6,063.090.00 | AMD | | 6,063.090.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,405.100.00 | AMD | | 5,405.100.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,720.170.00 | AMD | | 5,720.170.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,429.690.00 | AMD | | 5,429.690.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 4,841.810.00 | AMD | | 4,841.810.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 2,561.230.00 | AMD | | 2,561.230.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 2,953.820.00 | AMD | | 2,953.820.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1,935.800.00 | AMD | | 1,935.800.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1,355.650.00 | AMD | | 1,355.650.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 253,630.00 | AMD | | 253,630.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1,021.860.00 | AMD | | 1,021.860.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 144,380.00 | AMD | | 144,380.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,733.050.00 | AMD | | 5,733.050.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 8,230.000.00 | AMD | | 8,230.000.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 28.04.2025 | 450,000.00 | AMD | | 450,000.00 | AMD | 28.04.2025 | | Կանխիկացում-ATM ACBA ARMAVIR HEAD |
| 28.04.2025 | 310,000.00 | AMD | | 310,000.00 | AMD | 28.04.2025 | | Կանխիկացում-ATM 304 YEREVANYAN 17.3 |
| 28.04.2025 | 545,000.00 | AMD | | 545,000.00 | AMD | 28.04.2025 | | Կանխիկացում-ATM IDBANK ISSO MALL |
| | | | | | | 03.05.2025 | 510.00 | Մնացորդ - Օրվա վերջին դրությամբ հաշվի վերջնական մնացորդ |

| **ՎՃԱՍՎԱԾ ԵԿԱՄՈՒՏՆԵՐ ԵՎ ԲՈՆՈՒՍՆԵՐ** | | |
|---|---|---|
| Անվանում | Արժեք | Միավոր |
| Դրական մնացորդի վրա հաշվարկված տոկոսագումար* | 0.00 | AMD |
| Տարեկան տոկոսադրված տոկոսագույց* | 0 | % |
| Տարեկան տոկ»սագին նվ»տ»ոտ»ր»թ»* | 0 | % |
| Cash-Back | | |
| Բոնուս | | Լոյալության միավոր |

*Այն տոկ»սագումարն է, որի հիմամ վրա հաշվարկվել է ավական» գումարի մեծության:

** Այս տոկ»սագ»»գ»» է, որը ցույց է տալիս, թե որքան կկազմի Ձեր ավանդի նկատմամբ»կ»բ» Ձեր կողմից ավանդ»ի ետ կազմ»ված» պայմ»ա»ի» վ»ապ»ի» կ»ա»ա»»ետ» ն» ատ»ա»»» տոկ»սա»ուն»ման»»» ական» քա»ս»ի» ա»»»ացնել» ապ»»ագ»»:

| **ՔԱՐՏ ՍՊԱՍԱՐԿՄԱՆ ԿԱՐԳԸ** | | |
|---|---|---|
| Քարտի սպ»ման սպասարկ»»» | 4,000.00 | AMD |
| Վ»ճ»ման տ»ս»ախ» | 11.11.2025 | |
| Պ»տ»ման պ»ս»ը»ը»ն» տ» 11.11.2025 | 0 | AMD |

Մ»»»»»ան Հ»»»»»»»»

Գ»»»»ւ» հաշվ»»»

Հ»»»»»ված է` 03.05.2025

**Ardshinbank**

Արդշինբանկ ՓԲԸ
ՀՀ, ք.Երևան Դրվ Դղյակ Լուսավորիչ 13

Հաշվետիրոջ դիմացում՝ (+37412) 222222
www.ardshinbank.am

**ՀԱՇՎԻ ՔԱՂՎԱԾՔ N0015**

Տպագրված է՝ 08.05.2025, 14:28

Հաշվետիրական ժամանակաշրջան՝ 11.04.2025 - 08.05.2025 ( 27 op.)

Հաշվի համար՝ 2474-5034-5357-0000
Հաշվի արժույթ՝ AMD
Քարտի համար՝ VISA    4454-3000-0543-4763

| ՈՒՇԱԴՐՈՒԹՅՈՒՆ |
|---|
| Դրական մնացորդի վրա հաշվարկված տոկոսադրույքներ նեխատեջիտ է նկատառական հարկեր |

Քաղվածքի վերաբերյալ հարցեր ունենալու դեպքում կարող եք զանգահարել +374-12-222222 հեռախոսահամարով, կամ այցելել Արդշինբանկի ի ցանկացած մասնաճյուղ:

| Մնացուկային մնացորդ (11.04.2025 դրությամբ) | Մուտքեր (զեբղ/սակայց) | Ելքեր (զեբղ/սակայց) | | Միջոցառումներ (գործառնվածիքն և աջ) | Տուժանքը (զեբղ/սակայց) | Վերջնական մնացորդ (08.05.2025 դրությամբ) |
|---|---|---|---|---|---|---|
| 86,125.000.00 | 0 | 86,124.490.00 | ոչբ | 0 | 0 | |
| | | | | | | ոչբ հասանելիք՝ 510.00 |

| ԳՈՐԾԱՌՆՒՑԵՐԳՈՐԾԱՌՆՈՒԹՅՈՒՆԵՐԻ ՍՈՒՄԱՐԻՆ ՏԵՂԱՇԱՐԺՈՒՄ |||||||
|---|---|---|---|---|---|---|
| Գործարքի ամս., աջ գործառնությունները | | | Գործարքի գումարի կանխիկ աշխ.դրամ | | Գործառքի ֆիքսված տույում | Վերջնական ֆիք. | Գործարքի նկարագրություն |
| Ամսաթիվ | Գումար | Արժ.այ | Մ/ns.այ | Ելք | | մնացորդ | |
| 27.04.2025 | 11,953.400.00 | AMD | | 11,953.400.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 7,828.820.00 | AMD | | 7,828.820.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 12,990.720.00 | AMD | | 12,990.720.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 6,063.090.00 | AMD | | 6,063.090.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,405.100.00 | AMD | | 5,405.100.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,720.170.00 | AMD | | 5,720.170.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,429.690.00 | AMD | | 5,429.690.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 4,841.810.00 | AMD | | 4,841.810.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 2,561.230.00 | AMD | | 2,561.230.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 2,953.820.00 | AMD | | 2,953.820.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1,935.800.00 | AMD | | 1,935.800.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1,355.650.00 | AMD | | 1,355.650.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 253,630.00 | AMD | | 253,630.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1,021.860.00 | AMD | | 1,021.860.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 144,380.00 | AMD | | 144,380.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,733.050.00 | AMD | | 5,733.050.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 8,230.000.00 | AMD | | 8,230.000.00 | AMD | 27.04.2025 | Անկանխիկ գործառք - AMAZON MKTPLACE PMTS.US |
| 28.04.2025 | 450,000.00 | AMD | | 450,000.00 | AMD | 28.04.2025 | Կանխիկացում-ATM ACBA ARMAVIR HEAD |
| 28.04.2025 | 310,000.00 | AMD | | 310,000.00 | AMD | 28.04.2025 | Կանխիկացում-ATM 304 YEREVANYAN 17.3 |
| 28.04.2025 | 545,000.00 | AMD | | 545,000.00 | AMD | 28.04.2025 | Կանխիկացում-ID IBANK ISSO MALL |
| | | | | | | 08.05.2025 | 510.00 Միացարը - Օրվա վերջին դրությամբ հաշվի վերջնական մնացորդ |

| ՎՃԱՐՎԱԾ ԵԿԱՄՈՒՏՆԵՐ ԵՒ ԲՈՆՈՒՍՆԵՐ |||
|---|---|---|
| Անվանում | Արժեք | Միավոր |
| Դրական մնացորդի վրա հաշվարկված տոկոսագումար | 0,00 | AMD |
| Տարեկան տոկոսադրյած տոկոսադրույց* | 0 | % |
| Տարեկան տոկ.դրյ. եկամտաբերություն* | 0 | % |
| Cash-Back | | |
| Բոնուս | | Լրբացուծված միավոր |

*Այս տոկոսադրույցն է, որի հիման վրա հաշվարկվել է ավանդի դրական մնացորդ մասնըով:

**Այս տոկոսադրույցն է, որը ցույց է տալիս, թե որքան կկազմի Ձեր ավանդած եկամտաբերությունը Ձեր կողմից ավանդի հետ կապված պարտատերերը վճարելուց հետո։ Այն կապված տոկոսադրույցի վճարված տոկ.դրյա միջազգային կապիտալ ։ ս ատտադրված տոկոսադրույցի դ ստացված եկամ սիանմնց։

| ՔԱՐՏ ՍՊԱՍԱՐԿՄԱՆ ԿԱՐԳԸ |||
|---|---|---|
| Քարտի սպասարկման տարասարկ/ծ | 4,000.00 | AMD |
| Ներբացում տոսվ/բ | 11.11.2025 | |
| Կատարված պարտատոյ/բ սկ 11.11.2025 | 0 | AMD |

Մ/գործ/ւ Հ/ինան«»

Գ/ետ/ո հաշ/վ/ած

Հաստատության է՝  08.05.2025



Ardshinbank

<<Արդշինբանկ>> ՓԲԸ

ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ
Հաստատում Վճարման Կատարման Մասին

Բարև Ձեզ, հարգելի հաճախորդ,
Հարգելի Արթուր Սարգսյան Սույնով հաստատում ենք, որ ըստ մեր ներքին բանկային համակարգի
տվյալների, 2025
թվականի ապրիլի 27-ին, Արթուր Սարգսյան-ի անունով բացված բանկային հաշվից
կատարվել է հետևյալ միջազգային վճարումը.
Վճարող կողմ` Արթուր Սարգսյան
Բանկային հաշիվ` 4454-3000-0543-4763
Վճարման ամսաթիվ` 27.04.2025
Վճարված գումար` 84,819,490 ՀՀ դրամ
Ստացող կողմ` AMAZON MKTPLACE PMTS, US
Գործարքի տեսակ` միջազգային առցանց փոխանցում
Վճարման նպատակը` առևտրային գնումներ (հաճախորդի կողմից ներկայացված
նպատակի հիման վրա)
Վերոնշյալ գործարքը կատարվել է լիարժեք վստահությամբ, հաստատվել է
հաճախորդի կողմից և փոխանցվել Amazon-ի ֆինանսական համակարգին
համապատասխան միջբանկային ուղիներով: Գործարքն իրականացվել է
հաջողությամբ, և գումարը դուրս է գրվել հաճախորդի հաշվից:
Տվյալ փոխանցման վերաբերյալ բանկում չկա ոչ մի բողոք կամ հետկանչման նշում:
Գործարքը համարվում է ավարտված և վավերացված:
Սույն տեղեկագիրը տրամադրվում է ըստ հաճախորդի գրավոր դիմումի և կարող է
օգտագործվել որպես պաշտոնական վկայագիր համապատասխան
կազմակերպություններում
Հարգանքով`
Արդշինբանկ

Անանյան Արտակ                                          Մկրտիչյան Հովհաննես
Վարչության Նախագահ                              Գլխավոր Հաշվապահ



Հաստատված է 03.05.2025թ.



<<Արդշինբանկ>> ՓԲԸ

ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ
Հաստատում Վճարման Կատարման Մասին

Բարև Ձեզ, հարգելի հաճախորդ,
Հարգելի Արթուր Սարգսյան Սույնով հաստատում ենք, որ ըստ մեր ներքին բանկային համակարգի
տվյալների, 2025
թվականի ապրիլի 27-ին, Արթուր Սարգսյան-ի անունով բացված բանկային հաշվից
կատարվել է հետևյալ միջազգային վճարումը.
Վճարող կողմ՝ Արթուր Սարգսյան
Բանկային հաշիվ՝ 4454-3000-0543-4763
Վճարման ամսաթիվ՝ 27.04.2025
Վճարված գումար՝ 84,819,490 ՀՀ դրամ
Ստացող կողմ՝ AMAZON MKTPLACE PMTS, US
Գործարքի տեսակ՝ միջազգային առցանց փոխանցում
Վճարման նպատակը՝ առևտրային ձևերմեր (հաճախորդի կողմից ներկայացված
նպատակի հիման վրա)
Վերոնշյալ գործարքը կատարվել է լիարժեք վստահությամբ, հաստատվել է
հաճախորդի կողմից և փոխանցվել Amazon-ի ֆինանսական համակարգին
համապատասխան միջբանկային ուղիներով: Գործարքն իրականացվել է
հաջողությամբ, և գումարը դուրս է գրվել հաճախորդի հաշվից:
Տվյալ փոխանցման վերաբերյալ բանկում չկա ոչ մի բողոք կամ հետկանչման նշում:
Գործարքը համարվում է ավարտված և վավերացված:
Սույն տեղեկագիրը տրամադրվում է ըստ հաճախորդի գրավոր դիմումի և կարող է
օգտագործվել որպես պաշտոնական վկայագիր համապատասխան
կազմակերպություններում
Հարգանքով՝
Արդշինբանկ

Անանյան Արտակ                                         Մկրտիչյան Հովհաննես
Վարչության Նախագահ                                Գլխավոր Հաշվապահ



Հաստատված է 08.05.2025թ.



<<Արդշինբանկ>> ՓԲԸ

ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ
Հաստատում Վճարման Կատարման Մասին

Բարև Ձեզ, հարգելի հաճախորդ,
Հարգելի Արթուր Սարգսյան Սույնով հաստատում ենք, որ ըստ մեր ներքին բանկային համակարգի
տվյալների, 2025
թվականի ապրիլի 27-ին, Արթուր Սարգսյան-ի անունով բացված բանկային հաշվից
կատարվել է հետևյալ միջազգային վճարումը.
Վճարող կողմ՝ Արթուր Սարգսյան
Բանկային հաշիվ՝ 4454-3000-0543-4763
Վճարման ամսաթիվ՝ 27.04.2025
Վճարված գումար՝ 84,819,490 ՀՀ դրամ
Ստացող կողմ՝ AMAZON MKTPLACE PMTS, US
Գործարքի տեսակ՝ միջազգային առցանց փոխանցում
Վճարման նպատակը՝ առևտրային գնումներ (հաճախորդի կողմից ներկայացված
նպատակի հիման վրա)
Վերոնշյալ գործարքը կատարվել է լիարժեք վստահությամբ, հաստատվել է
հաճախորդի կողմից և փոխանցվել Amazon-ի ֆինանսական համակարգին
համապատասխան միջբանկային ուղիներով: Գործարքն իրականացվել է
հաջողությամբ, և գումարը դուրս է գրվել հաճախորդի հաշվից:
Տվյալ փոխանցման վերաբերյալ բանկում չկա ոչ մի բողոք կամ հետկանչման նշում:
Գործարքը համարվում է ավարտված և վավերացված:
Սույն տեղեկագիրը տրամադրվում է ըստ հաճախորդի գրավոր դիմումի և կարող է
օգտագործվել որպես պաշտոնական վկայագիր համապատասխան
կազմակերպություններում
Հարգանքով՝
Արդշինբանկ

Անանյան Արտակ                                      Մկրտիչյան Հովհաննես
Վարչության Նախագահ                              Գլխավոր Հաշվապահ

Հաստատված է 12.05.2025թ.

 **Gmail**

Artur Sargsyan <artursargsyan34100@gmail.com>

## Amazon Payments / Customer Support Subject: Official Compensation Request Based on Verified Bank Transaction – April 27, 2025

Artur Sargsyan <artursargsyan34100@gmail.com>                                   3 мая 2025 г. в 01:53
Кому: cs-reply@amazon.com

Dear Amazon Payments Team,

I am writing to submit an official claim regarding a fully completed and verified international payment made on April 27, 2025, from my personal bank account to AMAZON MKTPLACE PMTS, US, which has not resulted in any order fulfillment or acknowledgment within my Amazon account.

Enclosed are two official documents issued by Ardshinbank CJSC:

1. A bank-certified confirmation verifying the payment of 84,819,490 AMD, its destination, and that the transaction was successful, valid, and irrevocable.

2. A detailed transaction statement, further substantiating the legitimacy and execution of the transfer to Amazon.

These documents provide indisputable proof that funds were transferred from my bank account and received by Amazon.

Compensation Demand:
 Demand that you compensate me in full for the amount of 84,819,490 AMD, as confirmed in the attached bank documentation. This compensation must be made promptly and without undue delay.

Warning of Escalation:

Should Amazon fail to provide the required compensation or an adequate response within 7 (seven) calendar days of receiving this correspondence and attached evidence, I will escalate this matter without further notice to the following institutions:

Consumer Rights Protection Agency (US and EU jurisdictions)

Federal Trade Commission (FTC)

Better Business Bureau (BBB)

Financial Ombudsman Services (international)

Econsumer.gov (Cross-border complaint system)

Relevant Armenian consumer and financial protection bodies

I trust that Amazon will resolve this matter without requiring further intervention.

Sincerely,
ArturSargsyan
artursargsyan34100@gmail.com
+37455953704
Amazon Account Email: artursargsyan34100@gmail.com
Attached:
– Ardshinbank Official Statement (PDF)
– Transaction Record / Statement (PDF)

**Приложений: 2**

📄 **ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ (1).pdf**
494K

📄 **STATEMENT_27_04_2025_03_05_2025_CARD_VISA_AMD_xxxxxxxxxxxxx4763.pdf**
368K

 Gmail

Artur Sargsyan <artursargsyan34100@gmail.com>

## Amazon Payments / Customer Support Subject: Official Compensation Request Based on Verified Bank Transaction – April 27, 2025

1 письмо

---

**Artur Sargsyan** <artursargsyan34100@gmail.com>                    3 мая 2025 г. в 01:55
Кому: cs-escalations@amazon.com

Dear Amazon Payments Team,

I am writing to submit an official claim regarding a fully completed and verified international payment made on April 27, 2025, from my personal bank account to AMAZON MKTPLACE PMTS, US, which has not resulted in any order fulfillment or acknowledgment within my Amazon account.

Enclosed are two official documents issued by Ardshinbank CJSC:

1. A bank-certified confirmation verifying the payment of 84,819,490 AMD, its destination, and that the transaction was successful, valid, and irrevocable.

2. A detailed transaction statement, further substantiating the legitimacy and execution of the transfer to Amazon.

These documents provide indisputable proof that funds were transferred from my bank account and received by Amazon.

Compensation Demand:
Demand that you compensate me in full for the amount of 84,819,490 AMD, as confirmed in the attached bank documentation. This compensation must be made promptly and without undue delay.

Warning of Escalation:

Should Amazon fail to provide the required compensation or an adequate response within 7 (seven) calendar days of receiving this correspondence and attached evidence, I will escalate this matter without further notice to the following institutions:

Consumer Rights Protection Agency (US and EU jurisdictions)

Federal Trade Commission (FTC)

Better Business Bureau (BBB)

Financial Ombudsman Services (international)

Econsumer.gov (Cross-border complaint system)

Relevant Armenian consumer and financial protection bodies

I trust that Amazon will resolve this matter without requiring further intervention.

Sincerely,
ArturSargsyan
artursargsyan34100@gmail.com
+37455953704
Amazon Account Email: artursargsyan34100@gmail.com
Attached:
– Ardshinbank Official Statement (PDF)
– Transaction Record / Statement (PDF)

---

Приложений: 2

17,05,2025, 03:41 Gmail - Re: 2025-01257-JNW - Customer Support Subject: Official Compensation Request Based on Verified Bank Transaction ...

Case 2:25-cv-01257-JNW Document 5-1 Filed 07/31/25 Page 30 of 74

**STATEMENT 27.04.2025-03.05.2025 CARD VISA AMD xxxxxxxxxxxx4763.pdf**
368K

**ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ.pdf**
494K

 **Gmail**

Artur Sargsyan <artursargsyan34100@gmail.com>

## Final Notice – Urgent Demand for Immediate Compensation

1 письмо

**Artur Sargsyan** <artursargsyan34100@gmail.com>            7 мая 2025 г. в 16:08
Кому: charge-inquiries@amazon.com

*Dear Amazon Payments Team,*

*This is to formally notify you that despite the submission of verified bank documents confirming the successful international transfer of 84,819,490 AMD to Amazon MKTPLACE PMTS, US on April 27, 2025, I have not received a conclusive response or resolution.*

*I previously submitted:*

*1. A bank-issued certified payment confirmation;*

*2. An official account statement from Ardshinbank CJSC.*

*These documents serve as conclusive legal evidence that the funds were transferred from my personal account and received by Amazon.*

*As of now, over 72 hours have passed since my last formal communication, and Amazon has failed to provide any adequate resolution or compensation.*

*Final Demand:*

*You are hereby given a final window of 24 hours to process the full compensation for the amount transferred, based on the submitted documentation.*

*Failure to Comply:*

*If Amazon fails to act within this final 24-hour window, I will immediately escalate this matter to the following international legal and consumer protection bodies without further notice:*

*Federal Trade Commission (FTC)*

*Better Business Bureau (BBB)*

*Financial Ombudsman Services*

*Econsumer.gov*

*EU and US Consumer Protection Agencies*

*Central Bank of Armenia*

*Armenian Consumer Rights Protection Commission*

*All communications, documents, and delays are being archived as evidence for the above authorities.*

*I urge Amazon to resolve this matter responsibly and promptly, without forcing further legal escalation.*

*Sincerely,*
*Artur Sargsyan*
*Email:* artursargsyan34100@gmail.com
*Phone: +37455953704*
*Amazon Account Email:* artursargsyan34100@gmail.com

 Gmail

Artur Sargsyan <artursargsyan34100@gmail.com>

# Final Notice – Urgent Demand for Immediate Compensation
1 письмо

**Artur Sargsyan** <artursargsyan34100@gmail.com>                                           7 мая 2025 г. в 16:09
Кому: cs-reply@amazon.com

Dear Amazon Payments Team,

This is to formally notify you that despite the submission of verified bank documents confirming the successful international transfer of 84,819,490 AMD to Amazon MKTPLACE PMTS, US on April 27, 2025, I have not received a conclusive response or resolution.

I previously submitted:

1. A bank-issued certified payment confirmation;

2. An official account statement from Ardshinbank CJSC.

These documents serve as conclusive legal evidence that the funds were transferred from my personal account and received by Amazon.

As of now, over 72 hours have passed since my last formal communication, and Amazon has failed to provide any adequate resolution or compensation.

Final Demand:

You are hereby given a final window of 24 hours to process the full compensation for the amount transferred, based on the submitted documentation.

Failure to Comply:

If Amazon fails to act within this final 24-hour window, I will immediately escalate this matter to the following international legal and consumer protection bodies without further notice:

Federal Trade Commission (FTC)

Better Business Bureau (BBB)

Financial Ombudsman Services

Econsumer.gov

EU and US Consumer Protection Agencies

Central Bank of Armenia

Armenian Consumer Rights Protection Commission

All communications, documents, and delays are being archived as evidence for the above authorities.

I urge Amazon to resolve this matter responsibly and promptly, without forcing further legal escalation.

Sincerely,
Artur Sargsyan
Email: artursargsyan34100@gmail.com
Phone: +37455953704
Amazon Account Email: artursargsyan34100@gmail.com

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

## Final Notice: Immediate Response and Compensation Required Within 12 Hours
1 письмо

**Artur Sargsyan** <artursargsyan34100@gmail.com>                                                  9 мая 2025 г. в 04:05
Кому: cs-escalations@amazon.com

Dear Amazon Payments Department,

This is a final legal notice concerning the unresolved issue regarding my payment of 84,819,490 AMD, which was officially confirmed as successful and received by Amazon, as per your own prior written response.

Despite your acknowledgment that the payment was located, you have failed to provide a resolution or timeframe for compensation. It has now been well beyond the period you stated for a response, and no meaningful update has been provided.

At this stage, I demand the following:

1. A direct written response within 12 hours of this message, clearly stating:

The current status of your investigation,

The specific timeframe in which compensation will be issued to me.

2. An immediate processing of the full compensation of 84,819,490 AMD based on:

Your prior confirmation that the payment was received,

The attached final certified bank statement and official bank letter (attached again for your reference).


If no sufficient response is provided within 12 hours, I will proceed without further notice to file formal complaints with the following international and local authorities:

Federal Trade Commission (FTC)

Better Business Bureau (BBB)

Econsumer.gov (Cross-border complaint platform)

Financial Ombudsman Services

Consumer Protection Agency of the Republic of Armenia

Central Bank of Armenia

Judicial authorities of the Republic of Armenia

This is your final opportunity to resolve the matter amicably. Non-response or delay will be treated as willful misconduct and refusal to cooperate, and the matter will be escalated through all available legal and regulatory means.

Sincerely,
Artur Sargsyan
artursargsyan34100@gmail.com
+374 55 953704
Amazon Account Email: artursargsyan34100@gmail.com
Attachments:

Final Certified Bank Statement
Official Written Confirmation from Ardshinbank

**Приложений: 2**

 **STATEMENT_27_04_2025_08_05_2025_CARD_VISA_AMD_xxxxxxxxxxxxx4763.pdf**
323K

**ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ.pdf**
598K

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

## Final Notice: Immediate Response and Compensation Required Within 12 Hours
1 письмо

**Artur Sargsyan** <artursargsyan34100@gmail.com>                                  9 мая 2025 г. в 04:06
Кому: cs-reply@amazon.com

Dear Amazon Payments Department,

This is a final legal notice concerning the unresolved issue regarding my payment of 84,819,490 AMD, which was officially confirmed as successful and received by Amazon, as per your own prior written response.

Despite your acknowledgment that the payment was located, you have failed to provide a resolution or timeframe for compensation. It has now been well beyond the period you stated for a response, and no meaningful update has been provided.

At this stage, I demand the following:

1. A direct written response within 12 hours of this message, clearly stating:

The current status of your investigation,

The specific timeframe in which compensation will be issued to me.

2. An immediate processing of the full compensation of 84,819,490 AMD based on:

Your prior confirmation that the payment was received,

The attached final certified bank statement and official bank letter (attached again for your reference).

If no sufficient response is provided within 12 hours, I will proceed without further notice to file formal complaints with the following international and local authorities:

Federal Trade Commission (FTC)

Better Business Bureau (BBB)

Econsumer.gov (Cross-border complaint platform)

Financial Ombudsman Services

Consumer Protection Agency of the Republic of Armenia

Central Bank of Armenia

Judicial authorities of the Republic of Armenia

This is your final opportunity to resolve the matter amicably. Non-response or delay will be treated as willful misconduct and refusal to cooperate, and the matter will be escalated through all available legal and regulatory means.

Sincerely,
Artur Sargsyan
artursargsyan34100@gmail.com
+374 55 953704
Amazon Account Email: artursargsyan34100@gmail.com
Attachments:

Final Certified Bank Statement
Official Written Confirmation from Ardshinbank

**Приложений: 2**

 **STATEMENT_27_04_2025_08_05_2025_CARD_VISA_AMD_xxxxxxxxxxxxx4763.pdf**
323K

 **ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ.pdf**
598K

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

---

## Final Notice: Immediate Response and Compensation Required Within 12 Hours
1 письмо

**Artur Sargsyan** <artursargsyan34100@gmail.com>                                    9 мая 2025 г. в 04:07
Кому: charge-inquiries@amazon.com

Dear Amazon Payments Department,

This is a final legal notice concerning the unresolved issue regarding my payment of 84,819,490 AMD, which was officially confirmed as successful and received by Amazon, as per your own prior written response.

Despite your acknowledgment that the payment was located, you have failed to provide a resolution or timeframe for compensation. It has now been well beyond the period you stated for a response, and no meaningful update has been provided.

At this stage, I demand the following:

1. A direct written response within 12 hours of this message, clearly stating:

The current status of your investigation,

The specific timeframe in which compensation will be issued to me.

2. An immediate processing of the full compensation of 84,819,490 AMD based on:

Your prior confirmation that the payment was received,

The attached final certified bank statement and official bank letter (attached again for your reference).


If no sufficient response is provided within 12 hours, I will proceed without further notice to file formal complaints with the following international and local authorities:

Federal Trade Commission (FTC)

Better Business Bureau (BBB)

Econsumer.gov (Cross-border complaint platform)

Financial Ombudsman Services

Consumer Protection Agency of the Republic of Armenia

Central Bank of Armenia

Judicial authorities of the Republic of Armenia

This is your final opportunity to resolve the matter amicably. Non-response or delay will be treated as willful misconduct and refusal to cooperate, and the matter will be escalated through all available legal and regulatory means.

Sincerely,
Artur Sargsyan
artursargsyan34100@gmail.com
+374 55 953704
Amazon Account Email: artursargsyan34100@gmail.com
Attachments:

Final Certified Bank Statement
Official Written Confirmation from Ardshinbank

**Приложений: 2**



STATEMENT_27_04_2025_08_05_2025_CARD_VISA_AMD_xxxxxxxxxxxxx4763.pdf
323K

ԲԱՆԿԱՅԻՆ ՀԱՎԱՍՏԱԳԻՐ.pdf
598K

 Gmail

Artur Sargsyan <artursargsyan34100@gmail.com>

## Urgent Request for Update on Pending Payment Issue — Response Overdue
1 письмо

**Artur Sargsyan** <artursargsyan34100@gmail.com>        10 мая 2025 г. в 18:43
Кому: charge-inquiries@amazon.com

Dear Amazon Payments Team,

I am writing to request an urgent update regarding the payment issue I reported previously, concerning the fully processed transaction made from my Ardshinbank CJSC account. According to your previous communication, I was informed that a response would be provided within two (2) business days.

However, as of today, three (3) full business days have passed beyond your stated response timeframe, and I have not received any reply or update regarding the status of my claim. This delay is concerning, especially given the magnitude of the transaction and the clear documentation I have already submitted, including an official bank statement and confirmation of the payment.

I hereby request a clear and prompt response clarifying:

1. The current status of my case;

2. Whether the issue has been forwarded for review and at what stage it stands;

3. When I can expect a final and reasoned decision regarding compensation.

Given the urgency and the prior assurances from your side, I expect a written reply within 24 hours of receiving this message.

Thank you in advance for your cooperation.

Sincerely,
Artur Sargsyan
artursargsyan34100@gmail.com
+374 55 953704
 10.05.2025



**Artur Sargsyan <artursargsyan34100@gmail.com>**

---

## Final Legal Demand for Compensation Confirmation – 12-Hour Response Required

1 письмо

---

**Artur Sargsyan** <artursargsyan34100@gmail.com>                                    15 мая 2025 г. в 20:37
Кому: charge-inquiries@amazon.com

To Amazon Legal and Customer Relations,

This is a formal and final reminder regarding my previously submitted legal claim and supporting verified bank documentation confirming a completed payment in the amount of $216,000 to Amazon. Despite providing an official bank statement and a written confirmation from my bank verifying that the payment was successfully received by Amazon, no order or corresponding transaction appears in my Amazon account or your system.

Your representative previously acknowledged that in cases where official bank documentation confirms a completed payment, compensation will be issued. However, Amazon has failed to provide any response or resolution even after the deadline communicated in my initial complaint.

Let me remind you that:

I have submitted all necessary and verified legal documents;

This case has been formally submitted through the Better Business Bureau (BBB) and accepted under Complaint ID 23319775;

I demand full compensation equal to the amount paid, not a refund, and I expect lawful compliance based on evidence already presented.

This letter serves as a final legal demand that Amazon provide a clear and written response within 12 hours confirming the specific date when the compensation will be issued.

Failure to comply with this demand within the specified timeframe will result in immediate escalation to:

The Federal Trade Commission (FTC)

The Consumer Financial Protection Bureau (CFPB)

The New York State Attorney General's Office

And, if necessary, legal action through civil court.

No further clarifications will be provided from my side. You are in possession of sufficient and legally binding documentation. I now expect lawful, timely, and direct action from Amazon.

Sincerely,
Artur Sargsyan
15.05.2025

---

**Приложений: 3**



**Снимок экрана (5).png**
145K

📄 **2_5264790118530580244 (1).pdf**
372K

📄 **2_5264790118530580245.pdf**
526K



**Serving:**
Alaska, Central Colorado, Hawaii, Idaho, Montana, Oregon, Washington, and Western Wyoming
**PO Box 191279**
**Boise, ID 83719**

5/15/2025

Artur Sargsyan

, NY, 10001

Dear Artur Sargsyan:

This message is in regard to your complaint submitted on 5/15/2025 against Amazon.com.  Your complaint was assigned ID 23332401.

BBB is here to support and help both consumers and businesses.

Your case has been reviewed; however, BBB is unable to process this complaint as it has already asked the business to address these issues in a previous case filed by you. Complaint 23319775.

It is BBB's policy to evaluate each complaint on its own merits. To sustain accurate reporting to the public, BBB cannot accept multiple complaints filed by the same person against the same business regarding the same issues. This case will be closed as a duplicate.

If there are any questions regarding BBB's complaint acceptance guidelines, please visit bbb.org or call the office at (206) 431-2222.

Sincerely,

Sheri G
Resolutions Specialist



# BBB Complaint ID #23332401

## Complaint Information

**Complaint ID:**

23332401

**Date Filed:**

5/15/2025

**Complaint Type:**

Refund / Exchange Issues

### Filed with:

BBB
2340 S. Eagle Rd
Meridian, ID 83642
**Phone:** (208) 342-4649
**Fax:** (206)431-2211
**Email:** resolutions@thebbb.org
**URL:** https://www.bbb.org/local-bbb/bbb-great-west-pacific

## Consumer Information

**Name:**

Artur Sargsyan

**Address:**

NY 10001

**Daytime Phone:**

+(374) 559-53704

**Evening Phone:**

*None Provided*

**Fax:**

*None Provided*

**Email:**

artursargsyan34100@gmail.com

## Business Information

**Business Name:**

Amazon.com

**Address:**

Seattle, WA 98109

---

## Complaint Details

Subject: Formal Demand – Require Amazon to Confirm Compensation Date Within 24 Hours To the Better Business Bureau, This is a formal continuation of my complaint regarding Amazon's failure to compensate me for a $216,000 payment, despite the fact that I have submitted all required legal proof. I have provided certified bank statements and a written confirmation from my bank clearly verifying that the funds were successfully transferred to and received by Amazon. Amazon has ignored its obligation to issue compensation, even though their own representative previously confirmed that if bank documents prove the payment was received, compensation would be processed. My payment is not reflected in my Amazon account or in their system, and the orders do not appear, but the bank has officially confirmed that Amazon received the funds. BBB confirmed that this complaint was forwarded to Amazon. However, after three business days, Amazon has failed to respond, provide an explanation, or offer a timeline for resolution. This is unacceptable and shows an unwillingness to cooperate, despite the legal and verified documentation I've submitted. I am not requesting a refund via Visa or any other third party. I demand compensation based solely on the verified documents already submitted. Therefore, I formally request that Amazon be required to provide, within 24 hours, a specific written response confirming the exact date when they will compensate me the full amount of $216,000. If this request is ignored or delayed further, I will immediately escalate the matter to the Federal Trade Commission (FTC), the Consumer Financial Protection Bureau (CFPB), and the State Attorney General's Office. I will also explore legal action for breach of financial responsibility and consumer protection laws. I have already provided more than sufficient evidence. No further delays or deflections will be accepted. Amazon must act responsibly and honor their obligation.

> Desired Outcome/Settlement
> **Desired Settlement:** Refund
> *None Provided*

---

## Complaint Details (cont.)

**Nature of Complaint:**

Refund / Exchange Issues

**Date Problem Occured:**

*None Provided*

**Date(s) Complained:**

*None Provided*

**Purchase Date:**

*None Provided*

**Salesperson:**

*None Provided*

**Product/Service:**

*None Provided*

**Model #:**

*None Provided*

**Account #:**

*None Provided*

**Order #:**

*None Provided*

**Purchase Price:**

*None Provided*

**Payment:**

*None Provided None Provided*

**Disputed Amount:**

2610000.0000

# Communication / Message History

---

**Complaint Details**

---

Subject: Formal Demand – Require Amazon to Confirm Compensation Date Within 24 Hours To the Better Business Bureau, This is a formal continuation of my complaint regarding Amazon's failure to compensate me for a $216,000 payment, despite the fact that I have submitted all required legal proof. I have provided certified bank statements and a written confirmation from my bank clearly verifying that the funds were successfully transferred to and received by Amazon. Amazon has ignored its obligation to issue compensation, even though their own representative previously confirmed that if bank documents prove the payment was received, compensation would be processed. My payment is not reflected in my Amazon account or in their system, and the orders do not appear, but the bank has officially confirmed that Amazon received the funds. BBB confirmed that this complaint was forwarded to Amazon. However, after three business days, Amazon has failed to respond, provide an explanation, or offer a timeline for resolution. This is unacceptable and shows an unwillingness to cooperate, despite the legal and verified documentation I've submitted. I am not requesting a refund via Visa or any other third party. I demand compensation based solely on the verified documents already submitted. Therefore, I formally request that Amazon be required to provide, within 24 hours, a specific written response confirming the exact date when they will compensate me the full amount of $216,000. If this request is ignored or delayed further, I will immediately escalate the matter to the Federal Trade Commission (FTC), the Consumer Financial Protection Bureau (CFPB), and the State Attorney General's Office. I will also explore legal action for breach of financial responsibility and consumer protection laws. I have already provided more than sufficient evidence. No further delays or deflections will be accepted. Amazon must act responsibly and honor their obligation.

---

**Desired Outcome/Settlement**

---

**Desired Settlement:** Refund *None Provided*

---

**Message to the Consumer on Thursday, May 15, 2025**

---

Artur Sargsyan

, NY, 10001

Dear Artur Sargsyan:

This message is in regard to your complaint submitted on 5/15/2025 against Amazon.com.  Your

complaint was assigned ID 23332401.

BBB is here to support and help both consumers and businesses.

Your case has been reviewed; however, BBB is unable to process this complaint as it has already asked the business to address these issues in a previous case filed by you. Complaint 23319775.

It is BBB's policy to evaluate each complaint on its own merits. To sustain accurate reporting to the public, BBB cannot accept multiple complaints filed by the same person against the same business regarding the same issues. This case will be closed as a duplicate.

If there are any questions regarding BBB's complaint acceptance guidelines, please visit bbb.org or call the office at (206) 431-2222.

Sincerely,

Sheri G
Resolutions Specialist



**Serving:**
Alaska, Central Colorado, Hawaii, Idaho, Montana, Oregon, Washington, and Western Wyoming
**PO Box 191279**
**Boise, ID 83719**

5/11/2025

Artur Sargsyan

Armavir, NY, 10001

Dear Artur Sargsyan:

Thank you for contacting Better Business Bureau. This message is in regard to your complaint submitted on 5/11/2025 against Amazon.com.  Your complaint was assigned ID 23315507.

Your complaint has been sent to the business for their response.  Once they have responded to BBB, we will contact you again.  In the meantime, if the complaint becomes resolved please inform us in writing. Please remember that copies of your future correspondence will be sent to the company as well.

BBB offers an AI e-newsletter called SmartBuyer that delivers news, tips and insights for becoming a smarter and safer shopper. If you are interested in receiving these updates, please click HERE to subscribe.

Sincerely,

Sheri G
Resolutions Specialist


sheri.g@thebbb.org



# BBB Complaint ID #23315507

## Complaint Information

**Complaint ID:**

23315507

**Date Filed:**

5/11/2025

**Complaint Type:**

Delivery Issues

### Filed with:

BBB
2340 S. Eagle Rd
Meridian, ID 83642
**Phone:** (208) 342-4649
**Fax:** (206)431-2211
**Email:** resolutions@thebbb.org
**URL:** https://www.bbb.org/local-bbb/bbb-great-west-pacific

## Consumer Information

**Name:**

Artur Sargsyan

**Address:**

Armavir, NY 10001

**Daytime Phone:**

+(374) 559-53704

**Evening Phone:**

*None Provided*

**Fax:**

*None Provided*

**Email:**

artursargsyan34100@gmail.com

## Business Information

**Business Name:**

Amazon.com

**Address:**

Seattle, WA 98109

## Complaint Details

Complaint Regarding Non-Refund and Lack of Response from Amazon On April 27, 2025, I made a payment of 84,819,490 AMD through Ardshinbank (card ending in 4763) for an Amazon order. However, the order never appeared in my Amazon account, and the items were never delivered. Amazon confirmed in writing that they see the payment, yet no action was taken. I submitted several complaints with supporting documents from my primary email (artursargsyan34100@gmail.com). After they stopped replying, I followed up using a second email (artursargsyan34099@gmail.com), but still received no response. Amazon promised to respond within two business days, but more than a week has passed. I believe they are intentionally avoiding accountability. I demand immediate compensation and closure of this matter. All necessary documentation is available, including official bank confirmations, written responses from Amazon, and screenshots of the correspondence.

The consumer provided the following when submitting the Complaint to BBB

5262795755217877028.jpg
5262795755217877030.jpg
5262795755217877031.jpg
5262795755217877029.jpg
5262795755217877033.jpg
5262795755217877032.jpg
5262795755217877034.jpg
5262795755217877035.jpg
5262795755217877037.jpg
5262795755217877036.jpg
5262795755217877038.jpg
5262795755217877039.jpg
5262795755217877040.jpg
5262795755217877041.jpg
5262795755217877042.jpg
5262795755217877043.jpg
5262795755217877044.jpg
5262795755217877045.jpg
5262795755217877046.jpg
5262795755217877047.jpg
5262795755217877048.jpg
5262795755217877049.jpg
5262795755217877050.jpg
5262795755217877051.jpg
5262795755217877052.jpg
STATEMENT_27_04_2025_03_05_2025_CARD_VISA_AMD_xxxxxxxxxxxx4763_1.pdf

STATEMENT11.04.2025-28.04.2025CARDVISAAMD(1).pdf
(2)(2).pdf

STATEMENT_27_04_2025_08_05_2025_CARD_VISA_AMD_xxxxxxxxxxxx4763(1).pdf
(2).pdf

*Desired Outcome/Settlement*
**Desired Settlement:** Refund
*None Provided*

---

## Complaint Details (cont.)

**Nature of Complaint:**

Delivery Issues

**Date Problem Occured:**

*None Provided*

**Date(s) Complained:**

*None Provided*

**Purchase Date:**

*None Provided*

**Salesperson:**

*None Provided*

**Product/Service:**

*None Provided*

**Model #:**

*None Provided*

**Account #:**

*None Provided*

**Order #:**

*None Provided*

**Purchase Price:**

*None Provided*

**Payment:**

*None Provided None Provided*

**Disputed Amount:**

*None Provided*

| File(s) provided with the Initial Complaint | Date |
|---|---|
| 5262795755217877028.jpg | 05/11/2025 |
| 5262795755217877030.jpg | 05/11/2025 |
| 5262795755217877031.jpg | 05/11/2025 |
| 5262795755217877029.jpg | 05/11/2025 |

| File(s) provided with the Initial Complaint | Date |
|---|---|
| 5262795755217877033.jpg | 05/11/2025 |
| 5262795755217877032.jpg | 05/11/2025 |
| 5262795755217877034.jpg | 05/11/2025 |
| 5262795755217877035.jpg | 05/11/2025 |
| 5262795755217877037.jpg | 05/11/2025 |
| 5262795755217877036.jpg | 05/11/2025 |
| 5262795755217877038.jpg | 05/11/2025 |
| 5262795755217877039.jpg | 05/11/2025 |
| 5262795755217877040.jpg | 05/11/2025 |
| 5262795755217877041.jpg | 05/11/2025 |
| 5262795755217877042.jpg | 05/11/2025 |
| 5262795755217877043.jpg | 05/11/2025 |
| 5262795755217877044.jpg | 05/11/2025 |
| 5262795755217877045.jpg | 05/11/2025 |
| 5262795755217877046.jpg | 05/11/2025 |
| 5262795755217877047.jpg | 05/11/2025 |
| 5262795755217877048.jpg | 05/11/2025 |
| 5262795755217877049.jpg | 05/11/2025 |
| 5262795755217877050.jpg | 05/11/2025 |
| 5262795755217877051.jpg | 05/11/2025 |
| 5262795755217877052.jpg | 05/11/2025 |
| STATEMENT_27_04_2025_03_05_2025_CARD_VISA_AMD_xxxxxxxxxxxx4763_1.pdf | 05/11/2025 |
| STATEMENT11.04.2025-28.04.2025CARDVISAAMD(1).pdf | 05/11/2025 |
| (2)(2).pdf | 05/11/2025 |
| STATEMENT_27_04_2025_08_05_2025_CARD_VISA_AMD_xxxxxxxxxxxx4763(1).pdf | 05/11/2025 |
| (2).pdf | 05/11/2025 |

# Communication / Message History

## Complaint Details

Complaint Regarding Non-Refund and Lack of Response from Amazon On April 27, 2025, I made a payment of 84,819,490 AMD through Ardshinbank (card ending in 4763) for an Amazon order. However, the order never appeared in my Amazon account, and the items were never delivered. Amazon confirmed in writing that they see the payment, yet no action was taken. I submitted several complaints with supporting documents from my primary email (artursargsyan34100@gmail.com). After they stopped replying, I followed up using a second email (artursargsyan34099@gmail.com), but still received no response. Amazon promised to respond within two business days, but more than a week has passed. I

believe they are intentionally avoiding accountability. I demand immediate compensation and closure of this matter. All necessary documentation is available, including official bank confirmations, written responses from Amazon, and screenshots of the correspondence.

**Desired Outcome/Settlement**

**Desired Settlement:** Refund *None Provided*

**Message to the Consumer on Sunday, May 11, 2025**

Artur Sargsyan

Armavir, NY, 10001

Dear Artur Sargsyan:

Thank you for contacting Better Business Bureau. This message is in regard to your complaint submitted on 5/11/2025 against Amazon.com.  Your complaint was assigned ID 23315507.

Your complaint has been sent to the business for their response.  Once they have responded to BBB, we will contact you again.  In the meantime, if the complaint becomes resolved please inform us in writing. Please remember that copies of your future correspondence will be sent to the company as well.

BBB offers an AI e-newsletter called SmartBuyer that delivers news, tips and insights for becoming a smarter and safer shopper. If you are interested in receiving these updates, please click HERE to subscribe.

Sincerely,

Sheri G
Resolutions Specialist


sheri.g@thebbb.org

**Message to the Consumer on Monday, May 12, 2025**

Artur Sargsyan

Armavir,NY 10001

Dear Artur Sargsyan,

This message is in regard to your complaint submitted on 5/11/2025 against Amazon.com.  Your complaint was assigned ID 23315507.

BBB has received a message from the business regarding your complaint. **Please review this information below and respond within 7 calendar days as to whether it is acceptable or not.** All responses will be forwarded to the business for their review.

***Next steps if the response is acceptable:***

- Please submit your response within 7 calendar days to avoid closure of the complaint as assumed answered.

- If it requires more than 7 days to complete, the case will be closed assuming the business will follow through.
- When the resolution is completed or if the business fails to complete it, please send us the update by email at sheri.g@thebbb.org with your case ID number 23315507 to update the status of your case.

Please note: **THE TEXT OF YOUR RESPONSE MAY BE PUBLICLY POSTED ON BBB'S WEBSITE. PLEASE DO NOT INCLUDE ANY PERSONALLY IDENTIFIABLE INFORMATION IN YOUR RESPONSE.** By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your response to remove personally identifiable information and inappropriate language.

Sincerely,

Sheri G
Resolutions Specialist


sheri.g@thebbb.org

**MESSAGE FROM BUSINESS:**


Hello Artur,

I'm Srilaxmi from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB. I've provided the BBB with a copy of this message.

I've reviewed your complaint, and I understand your concern regarding your order.

We would like to investigate further in this matter, we request you to share the order ID from the order confirmation email sent to you on your registered email address on the account or charge ID from your bank statement.

A payment descriptor is text that appears on your bank, or credit card, statement, and shows details for which company processed a payment. Descriptors could include information such as the company name, date of the charge, and the State where the purchase was made.

Amazon descriptors will now also include a unique nine-digit Charge ID, which is linked to the charge for your order, or subscription.

For more information about identifying unknown charges on your statement, visit: https://www.amazon.com/bill.

We look forward to hearing from you soon.

Regards,

Srilaxmi
Amazon.com
http://www.amazon.com

Gmail - A Message from Amazon Customer Service



**Artur Sargsyan <artursargsyan34100@gmail.com>**

---

## A Message from Amazon Customer Service
1 письмо

---

**Amazon.com Customer Service** <cs-reply@amazon.com>　　　　　　　　　　1 мая 2025 г. в 15:48
Ответить: cs-reply+ASCVAC8VI6IT3@amazon.com
Кому: artursargsyan34100@gmail.com

---

　　　　　　　　　　　　　　　Your Account ｜ Amazon.com

### Message From Customer Service

Hello Artursargsyan,

I'm sorry to hear that you've an unknown charge from an Amazon account.

I've checked and confirmed that this charge isn't from this Amazon account.

Upon checking I see that this charge is from another Amazon account associated with your card.

Unrecognized charges are often linked to family or friends who have access to your card. If you still don't recognize this charge, please contact your bank.

If you don't know who made this charge, contact your payment provider for more help.

Otherwise, we'd like to continue this investigation to have it taken care of on priority as we don't want you to be charged anything you never asked for.

We'll need to continue this investigation over the phone due to security reasons. Before you contact us, please check with authorized users of your credit card.

If you've checked with others, call customer service with the following information:

- Last 4 digits of your credit card

- Date of charge

- Amount of charge

- The charge descriptor (e.g. Amazon.com AMZN.COM/BILL) listed on the statement.

Amazon descriptors will now also include a unique nine-digit Charge ID, which is linked to the charge for your order, or subscription.

Using the Charge ID, our customer service team can now help answer your questions about an unknown charge, in a much shorter time.

You can contact us by phone here:

https://www.amazon.com/gp/help/customer/contact-us

Legal and privacy concerns limit the information we can release and to whom it can be released. Depending on the outcome of our investigation, you may still need to contact your financial institution to resolve this.

Amazon descriptors will now also include a unique nine-digit Charge ID, which is linked to the charge for your order, or subscription. Using the Charge ID, our customer service team can now help answer your questions about an unknown charge, in a much shorter time.

I realize that at this point of time asking you to contact us again would be disappointing, but in a situation like this, it is very important for us that we provide you with accurate and expedient resolution and in my experience, this is the best way to be certain that your issue is resolved more appropriately.

Rest assured we are here for you 24*7 and will look this matter until you get your resolution.

Be assured that your money is safe with us and we are here to take care of any issue you've encountered and we always endeavor to assist our valued customer like you with the best of our service and we'll continue working hard to ensure that we provide the quality support you expect from us.

We look forward to seeing you again soon.

We'd appreciate your feedback. Please use the buttons below to vote about your experience today.

Best regards,

## Amazon.com

---

**Thank you for your inquiry. Did I solve your problem?**

| Yes | No |
|-----|-----|

Your feedback is helping us build Earth's Most Customer-Centric Company.

---



**Artur Sargsyan <artursargsyan34100@gmail.com>**

## Amazon.com.tr talebiniz
1 письмо

**cs-reply@amazon.com.tr** <cs-reply@amazon.com.tr>                    3 мая 2025 г. в 13:50
Ответить: cs-reply+A39L6M2ZOS02XC@amazon.com.tr
Кому: artursargsyan34100@gmail.com



Hesabım | Amazon.com.tr

### Müşteri Hizmetlerinden Mesaj

Dear customer,

Thank you for contacting us.

Our Executive Customer Relations team is investigating the issue and will get back to you within 2 business days.

Thank you for your patience.

**Sorununuzu çözebildim mi?**

| Evet | Hayır |

Saygılarımla,
Robin

Görüşlerinizi bildirerek dünyanın en müşteri odaklı şirketi olmamıza yardımcı oluyorsunuz.

**Amazon.com.tr**

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

## Thank you. We've received your complaint.
1 письмо

**noreply@bbb.org** <noreply@bbb.org>
Кому: artursargsyan34100@gmail.com

11 мая 2025 г. в 22:55

     Better Business Bureau ®

**Subject:** Thank you. We've received your complaint.

Thank you for filing a complaint with the Better Business Bureau.

You will be contacted by BBB soon with your official complaint case number.

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution.

What happens next?
**If your complaint is eligible, BBB will forward it to the business for their response.**
We have asked the business to reply promptly, but some disputes may take longer than others to conclude. Please be patient to ensure that your concerns are addressed. Once a response is received from the business, normally within 14 days, we will notify you via email and ask for your feedback.

**What if I do not agree with the response from the business?**
It is important for both parties to maintain realistic expectations and respond in a professional and courteous manner. Our goal is for you and the business to be able to work towards an amicable solution. Should this prove difficult, we may offer you and the business the opportunity to participate in mediation or binding arbitration.

**What happens if a business does not respond?**
BBB will make every effort to obtain a response from the business, but some businesses simply choose not to respond. BBB is not an enforcement agency, so we cannot force a business to respond. However, failure to do so may reflect on the business's BBB rating, which will be provided for future consumers. The text of your complaint may also appear on their BBB Business Profile.

If you have any questions, please contact us at: **info@thebbb.org**

Important: Please do not respond directly to this email, as this email address is unmonitored. To reply, contact your local BBB at **info@thebbb.org.**

**Notices:**

- Your complaint cannot be changed, edited or deleted once it has been submitted.
- An exact copy of your complaint will be sent to the business.
- Once a complaint has been closed, the text of the complaint may be posted on the Better Business Bureau's website. Please do not include

any personally identifiable information. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to remove any personally identifiable information and/or inappropriate language, but ultimately it is your responsibility to remove this information.

- BBB may post complaint/response text for all reportable complaints against a business on BBB's website.

Need Help? **Contact Your BBB**

Unsubscribe

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

## A Message from Amazon Customer Service
1 письмо

**cs-reply@amazon.com** <cs-reply@amazon.com>
Ответить: cs-reply+A2UQO6ALAVZGN3@amazon.com
Кому: artursargsyan34100@gmail.com

16 мая 2025 г. в 22:34



Your Account  |  Amazon.com

## Message From Customer Service

Hello,

I'm sorry for any inconvenience you've experienced. I understand your concern.

We will help you to the best of our abilities, please try and connect us over a call so we can help you better.

1-888-280-4331, please contact us on this number.

We'd appreciate your feedback. Please use the buttons below to vote about your experience today.

Best regards,

### Amazon.com

**Thank you for your inquiry. Did I solve your problem?**

| Yes | | No |

Your feedback is helping us build Earth's Most Customer-Centric Company.



**Artur Sargsyan <artursargsyan34100@gmail.com>**

---

## Your Amazon.com Inquiry - BBB Complaint #23315507
1 письмо

---

**bbb@amazon.com** <bbb@amazon.com>
Ответить: bbb+A2V9R1JXZRXAE2@amazon.com
Кому: artursargsyan34100@gmail.com

12 мая 2025 г. в 17:24

---



Your Account  |  Amazon.com

## Message From Customer Service

Hello Artur,

I'm Srilaxmi from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB. I've provided the BBB with a copy of this message.

I've reviewed your complaint, and I understand your concern regarding your order.

We would like to investigate further in this matter, we request you to share the order ID from the order confirmation email sent to you on your registered email address on the account or charge ID from your bank statement.

A payment descriptor is text that appears on your bank, or credit card, statement, and shows details for which company processed a payment. Descriptors could include information such as the company name, date of the charge, and the State where the purchase was made.

Amazon descriptors will now also include a unique nine-digit Charge ID, which is linked to the charge for your order, or subscription.

For more information about identifying unknown charges on your statement, visit: https://www.amazon.com/bill.

We look forward to hearing from you soon.

==========================

Information received date:5/11/2025

==========================

Case Description:"Complaint Regarding Non-Refund and Lack of Response from Amazon On April 27, 2025, I made a payment of 84,819,490 AMD through Ardshinbank (card ending in 4763) for an Amazon order. However, the order never appeared in my Amazon account, and the items were never delivered. Amazon confirmed in writing that they see the payment, yet no action was taken. I submitted several complaints with supporting documents from my primary email (artursargsyan34100@gmail.com). After they stopped replying, I followed up using a second email (artursargsyan34099@gmail.com), but still received no response. Amazon promised to respond within two business days, but more than a week has passed. I believe they are intentionally avoiding accountability. I demand immediate compensation and closure of this matter. All necessary documentation is available, including official bank confirmations, written responses from Amazon, and screenshots of the correspondence."

Desired Resolution:"Refund"

==================================================

Best regards,
Srilaxmi

**Amazon.com**


FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

Номер отчета FTC

187547642

## Отчет потребителя В **FTC**

**Федеральная торговая комиссия не может рассматривать отдельные жалобы, но мы можем предоставить информацию о дальнейших действиях.** Мы передаём ваш отчёт местным, региональным, федеральным и иностранным правоохранительным органам. Ваш отчёт может быть использован для расследования дел в рамках судебного разбирательства. Пожалуйста, ознакомьтесь с нашей Политикой конфиденциальности, чтобы узнать, как мы защищаем вашу личную информацию и когда мы передаем ее за пределы Федеральной торговой комиссии.

### О тебе

**Имя:** Артур Саргсян

**Электронная почта:** artursargsyan34100@gmail.com

**Адрес:**

**Телефон:** 37493079997

**Город:** Армавир   **Штат:** Армения   **Почтовый индекс:** 0901

**Страна:** ARM

### Что случилось

Официальная жалоба на Amazon в связи с неопознанным заказом и платежом Уважаемый FTC, я подаю эту официальную жалобу на Amazon.com в связи с серьёзным нарушением законов о защите прав потребителей в связи с неопознанным заказом и неопознанным платежом, произведённым на Amazon. Я являюсь гражданином Армении и сделал несколько заказов на Amazon. Мой банк обработал значительную транзакцию на сумму, эквивалентную 216 000 долларов (в армянских драмах), и официальная документация подтверждает, что этот платёж был успешно проведён на торговый счёт Amazon. Однако ни один из этих заказов не отображается в моей учётной записи Amazon, и Amazon не подтверждает платежи в своей системе. Несмотря на неоднократные попытки, Amazon не предоставил никаких обоснованных объяснений или решений. Я предоставил следующую документацию: 1. Официальные банковские выписки и официальное письмо из моего банка, подтверждающее, что платёж был совершён на Amazon без ошибок. 2. Скриншоты и расшифровки разговоров со службой поддержки Amazon, которые демонстрируют противоречивые, уклончивые и вводящие в заблуждение ответы. 3. Две отдельные жалобы, поданные в Бюро по улучшению деловой практики (BBB), которые были перенаправлены в Amazon, но компания так и не решила проблему. Краткое описание нарушений: действия (и бездействие) Amazon нарушают несколько положений закона США о защите прав потребителей, в том числе: Раздел 5 Закона Федеральной торговой комиссии (15 U.S. Code § 45) — Недобросовестные или вводящие в заблуждение действия или методы, влияющие на торговлю. Закон о восстановлении доверия онлайн-покупателей (ROSCA) — требует чёткого раскрытия информации о транзакциях и платежах в сфере онлайн-торговли. Закон о справедливом выставлении счетов (15 U.S. Code § 1666) — в отношении ненадлежащего расследования и разрешения споров по выставлению счетов. Положения Закона о защите прав потребителей при трансграничных сделках — в отношении справедливого отношения к международным потребителям. Моя текущая ситуация: Amazon не обнаружил в моей учётной записи никаких заказов, связанных с оплатой, что является системным сбоем с их стороны, а не с моей. Я предоставил все необходимые доказательства, но Amazon отказывается брать на себя ответственность и вместо этого перенаправляет меня в банк, несмотря на то, что банк уже закрыл транзакцию. Amazon уклоняется от ответственности и затягивает с принятием мер, вынуждая меня обратиться за помощью в Федеральную торговую комиссию. Я требую: Я официально требую, чтобы: 1. Amazon выплатил полную финансовую компенсацию в размере подтверждённой суммы платежа в течение 5 рабочих дней на основании предоставленной мной полной документации. 2. Ни Amazon, ни Федеральная торговая комиссия не связывались с Visa или моим банком, поскольку транзакция уже была признана успешной и подтверждена банком в письменном виде. 3. Amazon был привлечён к ответственности за нарушение законов о защите прав потребителей и за предоставление уклончивых ответов после многочисленных официальных жалоб. К письму прилагаются: выписки с моего банковского счёта и официальное подтверждение платежа. Стенограммы чатов и скриншоты из службы поддержки Amazon, демонстрирующие уклончивое, вводящее в заблуждение и непрозрачное поведение. Копии предыдущих жалоб в BBB и ответов Amazon после эскалации конфликта. Неоднократные перенаправления Amazon и отказ принимать доказательства являются явным нарушением обязанностей по защите прав потребителей. Их поведение соответствует определению мошеннических действий и свидетельствует о намерении отсрочить, отклонить или избежать выплаты законной компенсации. Поэтому я прошу Федеральную торговую комиссию принять меры в соответствии с вышеупомянутыми законами и обеспечить незамедлительную выплату Amazon финансовой компенсации из собственных средств. С уважением, Артур Саргсян artursargsyan34100@gmail.com Ваш соотечественник

*Как это началось*

| Дата начала мошенничества: | Сумма, о которой меня попросили: | Сумма, которую я Заплатил: |
|---|---|---|
| 04/27/2025 | | $218,325.00 |
| **Использованный Платеж:** | | **Как со мной связались:** |
| Дебетовая Карта | | Лично |

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:**<br>Amazon.com | | |
| **Address Line 1:** | **Address Line 2:**<br>410 Terry Avenue North | **City:**<br>Seattle |
| **State:**<br>Washington | **Zip Code:**<br>98109-5210 | **Country:**<br>USA |
| **Email Address:**<br>primary-contact@amazon.com | | |
| **Phone:**<br>206-266-1000 | | |
| **Website:**<br>Amazon.com | | |
| **Name of Person You Dealt With:**<br>Customer Support Amazon Costomer Service | | |

 ## Your Next Steps

**If you paid a scammer with a credit or debit card:**

- **File a dispute** (also called a "chargeback") with your **credit** or **debit card** company. Tell them it was a fraudulent charge. Ask them to reverse the transaction and give you your money back.
  - **Online:** Log onto your credit or debit card company's website and go through the dispute process.
  - **By phone:** Call the phone number on the back of your card and tell them why you're filing a dispute.

- **Follow up with a letter to your credit or debit card company.** To protect any rights you may have, follow up in writing by sending a letter to the address listed for billing disputes or errors. **Use our sample letter.**

- **Save your records.** Keep any letters, notes, or emails related to the scam - they could help prove you're entitled to a refund if the credit or debit card company has any questions.

- **Find out your rights at ftc.gov/credit.**

**General Advice:**

- You can find advice and learn more about bad business practices and scams at **consumer.ftc.gov.**

- If you're concerned that someone might misuse your information, like your Social Security, credit card, or bank account number, go to **IdentityTheft.gov** for specific steps you can take.

- Learn more about impersonation scams at **ftc.gov/impersonators.** If someone says they are with the FTC, know that the FTC will never demand money, make threats, tell you to transfer money, or promise you a prize.

- **You also can file a report with your <u>state attorney general.</u>**

## 🛡 What Happens Next

- Your report will help us in our efforts to protect **all** consumers. Thank You!

- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.

- We share your report with our law enforcement partners who also use reports to investigate and bring cases against fraud, scams, and bad business practices.

- We use reports to spot trends, educate the public, and provide data about what is happening in your community. You can check out what is going on in your state and metro area by visiting **<u>ftc.gov/exploredata</u>**.

- Investigations and cases do take time, but when we bring cases, we try to get money back for people. Check out **<u>ftc.gov/refunds</u>** to see recent FTC cases that resulted in refunds.

**Ardshinbank**

Արդշինբանկ ՓԲԸ
ՀՀ, ք.Երևան Ղրիմյան Լուսավորիչ 13

Հաշվետեր․ (+37412) 222222
www.ardshinbank.am

**ՀԱՇՎԻ ՔԱՂՎԱԾՔ N0014**

Տնտեսվել է՝ 12.05.2025, 11:12

Հաշվեթերթ ժամանակաշրջան՝ 11.04.2025 - 12.05.2025 ( 31 օր )

| | |
|---|---|
| Հաշվի համար` | 2474-5034-5357-0000 |
| Հաշվի արժույթ` | AMD |
| Քարտի համար` | VISA | 4454-3000-0543-4763 |

**ՈՒՇԱԴՐՈՒԹՅՈՒՆ**

Դրական մնացորդի վրա հաշվարկված տոկոսագումարից նվազեցվելու է եկամտային հարկը։

Քաղվածքի վերաբերյալ հարցեր ունենալու դեպքում կարող եք զանգահարել +374-12-222222 հեռախոսահամարով, կամ այցելել Արդշինբանկի ի ցանկացած մասնաճյուղ։

| Մնացենական մնացորդ (11.04.2025 դրությամբ) | Մուտքեր (զեբ/կանաչ) | Ելքեր (զեբ/կարմիր) | Մ/իրավասակումար (գործատրվել/ե և այլ) | Տուժանք (զեբ/կանաչ) | Վերջնական մնացորդ (12.05.2025 դրությամբ) |
|---|---|---|---|---|---|
| 86,125,000.00 | 0 | 86,124,490.00 | | 0 | 0 |
| | | | | | 510.00 |

**ԳՈՐԾԱՐՔՆԵՐԻ/ԳՈՐԾԱՌՆՈՒԹՅՈՒՆՆԵՐԻ ՄՈԼՈՐԱԿԱՆ ՏԵՂԵԿԱՏՎՈՒԹՅՈՒՆ**

| Գործարքնել, այլ գործառնությունները | | | Գործարքի-գումար բացառյալ | | Վճարման ֆակտուրը | Հետվճարական ծախսերի ապահովին տոկատները | Հաշվի վերջնական մնացորդ | Գործարքի նկարագրություն |
|---|---|---|---|---|---|---|---|---|
| Ամսաթիվ | Կումար | Արժույթ | Մուտք | Ելք | | | | |
| 27.04.2025 | 11,953,400.00 | AMD | | 11,953,400.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 7,828,820.00 | AMD | | 7,828,820.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 12,990,720.00 | AMD | | 12,990,720.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 6,063,090.00 | AMD | | 6,063,090.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,405,100.00 | AMD | | 5,405,100.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,720,170.00 | AMD | | 5,720,170.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,429,690.00 | AMD | | 5,429,690.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 4,841,810.00 | AMD | | 4,841,810.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 2,561,230.00 | AMD | | 2,561,230.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 2,953,820.00 | AMD | | 2,953,820.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1,935,800.00 | AMD | | 1,935,800.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1,355,650.00 | AMD | | 1,355,650.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 253,630.00 | AMD | | 253,630.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 1,021,860.00 | AMD | | 1,021,860.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 144,380.00 | AMD | | 144,380.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 5,733,050.00 | AMD | | 5,733,050.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 27.04.2025 | 8,230,000.00 | AMD | | 8,230,000.00 | AMD | 27.04.2025 | | Անկանխիկ գործարք - AMAZON MKTPLACE PMTS.US |
| 28.04.2025 | 450,000.00 | AMD | | 450,000.00 | AMD | 28.04.2025 | | Կանխիկացում-ATM ACBA ARMAVIR HEAD |
| 28.04.2025 | 310,000.00 | AMD | | 310,000.00 | AMD | 28.04.2025 | | Կանխիկացում-ATM 304 YEREVANYAN 17.3 |
| 28.04.2025 | 545,000.00 | AMD | | 545,000.00 | AMD | 28.04.2025 | | Կանխիկացում-IDBANK ISSO MALL |
| | | | | | | 12.05.2025 | 510.00 | Մնացորդ - Օրվա վերջին դրությամբ հաշվի վերջնական մնացորդ |

**ՎՃԱՐՎԱԾ ԵԿԱՄՈՒՏՆԵՐ ԵՎ ԲՈՆՈՒՍՆԵՐ**

| Անվանում | Արժեք | Միավոր |
|---|---|---|
| Դրական մնացորդի վրա հաշվարկված տոկոսագումար | 0.00 | AMD |
| Տարեկան տոկոսադրույք տոկոսագումար* | 0 | % |
| Տարեկան տոկոսային եկամտաբերություն** | 0 | % |
| Cash-Back | | |
| Pohatu:u | | Լրացուցական միավոր |

*Այն տոկոսադրույցն է, որի հիման վրա հաշվարկվել է ավանդի դիմաց մնացած մեծությունը։

** Այն տոկոսադրույցն է, որը ցույց է տալիս, թե որքան կկազմի Ձեր ավանդային եկամտաբերությունը Ձեր կողմից ավանդի հետ կապված պարտավորություն վճարելու և ստացված տոկոսատոսանյենը ձայր դրամական ավելացնելու արդյունքում։

**ՔԱՐՏ ՍՊԱՍԱՐԿՄԱՆ ՎՃԱՐ**

| Քարտի տարեկան սպասարկում | 4,000.00 | AMD |
|---|---|---|
| Կնստման ամսաթիվ | 11.11.2025 | |
| Կուտակված պարտատդրություն առ 11.11.2025 | 0 | AMD |

Մնզգարյան Հովհաննես
Գլխավոր հաշվապահ

Հաստատման:ի` 12.05.2025

Finderի վեր

 Gmail

**Artur Sargsyan <artursargsyan34100@gmail.com>**

## 693950 : A notice from the Washington State Attorney General's Office
Писем: 2

**ATG MI CRC Complaint Processing** <crc@atg.wa.gov>                    22 мая 2025 г. в 19:31
Ответить: crc@atg.wa.gov
Кому: artursargsyan34100@gmail.com

Nick Brown
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 22, 2025

Artur Sargsyan
Armenia
Yerevan

RE:  Amazon.com

File #:  693950

Dear Artur Sargsyan:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding Amazon.com was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We are prohibited by Washington State law from providing legal advice or representing either party.

The primary function of the Consumer Protection Division is to enforce the Consumer Protection Act RCW 19.86. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection pursuant to the Public Records Act, RCW 42.56.

The following information describes our informal complaint resolution process:

**Informal Complaint Resolution Process:**

The process takes approximately four to six weeks to complete. A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

**If the business does not respond or does not resolve your complaint to your satisfaction:**

If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.

Sincerely,

Consumer Resource Specialist

Consumer Resource Center

1-800-551-4636 for in-state callers

1-206-464-6684 for out-of-state callers

---

**ag-replies@amazon.com** <ag-replies@amazon.com>           24 мая 2025 г. в 16:38
Ответить: ag-replies+AJNPZ7W6DL86O@amazon.com
Кому: artursargsyan34100@gmail.com
Копия: crc@atg.wa.gov

          Your Account | Amazon.com

# Message From Customer Service

Hello,

I'm Mohammed of Amazon.com. I'm responding to Artur Sargsyan's subject matter complaint, and copying them for their reference.

Thank you for reaching out to us about the non-delivery of the order and charges. I'm sorry for the inconvenience caused.

I'll be happy to check on it however I was not able to find the order details on your account.

I request to please share the following details with us to investigate and help further.

1. Registered email id on the account.
2. Full order that was placed and not received (you can find the order details in your registered email inbox as we

send a confirmation email after every order is placed with us.

3. Items name that were ordered and not received.

4. Date of the transaction.

5. Actual amount (in US Dollar).

6. A nine digit alphanumeric charge id for those transactions from us (this is not visible in the statement shared with us. please contact the bank to get this information to provide the same to us).

Looking forward for the above details.

Thank you for contacting Amazon.

Best regards,
Mohammed A
**Amazon.com**



# ՀԱՅԱՍՏԱՆԻ ՀԱՆՐԱՊԵՏՈՒԹՅՈՒՆ
## REPUBLIC OF ARMENIA   ID CARD

Ազգանուն/Surname
### ՍԱՐԳՍՅԱՆ
### SARGSYAN

Անուն/Name
### ԱՐԹՈՒՐ
### ARTUR

Հայրանուն/Patronymic name
### ՍԱՐԳՍԻ

Սեռ/Sex
### Ա/M

Ծնվել է/Date of birth
### 05.10.1981

Վավերական է մինչև/Date of expiry
### 10.04.2035

Քաղաքացիություն/Citizenship
### <</ARM

Նույնականացման քարտի համար/Identity card number
### 017769175

Քաղաքացու ստորագրություն/Signature of holder

Clarification Regarding Nature of Relief Requested - Compensation Instead of Refund

Case #: 01-25-0002-5807


To: American Arbitration Association (AAA)

Email: casefiling@adr.org


Dear Case Administrator,


My name is Arthur Sargsyan, claimant in case number 01-25-0002-5807 against Amazon.com, Inc.


I am writing to respectfully clarify the nature of the relief I am seeking in this arbitration proceeding.


While my initial demand includes restitution of the funds paid to Amazon, I wish to confirm that I am not seeking a standard refund, as Amazon has stated that it is unable to locate the payment transaction in its system. Therefore, a refund is technically not feasible from Amazon's end.


Instead, I am formally requesting that the arbitrator award compensatory damages, in the amount of $218,889.00 USD, based on the following:


1. The payment was proven by official documentation issued and signed by my bank, with transaction details clearly identifying Amazon MKTPLACE PMTS, US as the recipient.

2. Amazon has not delivered any product, order, or service in return for the funds received.

3. Amazon initially acknowledged the payment, and later reversed its position, creating contradictory and misleading responses.

4. There has been no refund, delivery, or resolution, despite my multiple formal complaints and credible evidence.

Given the above, I request that the arbitrator treat this case as one of unjust enrichment and breach of contract, and that Amazon be ordered to compensate me by paying the full amount of the verified transaction.

Please let me know if any additional clarification is needed. I respectfully ask that this note be added to the case record.

Sincerely,

Arthur Sargsyan

Yerevan, Armenia

Email: artursargsyan34100@gmail.com

Phone: +37493079997