UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Artur Sargsyan,
Plaintiff,

v.
Amazon.com, Inc.,
Defendant.

Case No. 2:25-cv-01257-JNW

PLAINTIFF'S MOTION TO DENY EXTENSION OF TIME AND REQUEST FOR EXPEDITED PROCEEDINGS

Honorable Judge Whitehead:

I. INTRODUCTION

Plaintiff Artur Sargsyan respectfully moves this Court to deny any extension of time beyond the standard 21-day response period provided under the Federal Rules of Civil Procedure, and to direct that this matter proceed on an expedited basis given the Defendant's consistent pattern of evasive and dilatory conduct.

II. FACTUAL BACKGROUND

1. On April 27, 2025, Plaintiff made a payment of $218,888.00 USD to Amazon Marketplace Payments.

2. Plaintiff has submitted official bank statements and written confirmations issued by Ardshinbank CJSC, bearing seals and signatures, unequivocally confirming that the transaction was processed, settled, and funds were transferred via the Visa/Mastercard network.

3. Defendant Amazon initially acknowledged visibility of the payment in their system (albeit allegedly tied to another account), but later issued contradictory denials.

4. In communications with the FTC, BBB, and the Washington Attorney General's Office, Amazon has provided generic, boilerplate responses demanding technically impossible details (such as internal charge IDs or non-existent order numbers), instead of addressing the substantive evidence presented.

5. These responses demonstrate a deliberate strategy of avoidance and delay, not a genuine dispute of fact.

III. ARGUMENT

Rule 12 deadlines are strict: Under FRCP 12(a)(1), Defendant must serve a responsive pleading within 21 days of service of summons and complaint. Extensions may only be granted for good cause.

Amazon lacks good cause: The Defendant has been aware of this dispute for months, has already been provided with all relevant evidence, and has repeatedly acknowledged the existence of the transaction before retreating to evasive positions.

Prejudice to Plaintiff: Plaintiff is in severe financial distress and has been deprived of nearly $219,000 for over four months. Any additional delay exacerbates this hardship and effectively rewards the Defendant's strategy of obstruction.

Judicial efficiency: The case turns on documentary evidence already before the Court. Further delay will not yield new facts but will prolong resolution unnecessarily.

IV. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Deny any request by Amazon for an extension of time to respond beyond the 21-day period mandated by Rule 12(a)(1).

2. Proceed on an expedited basis to judgment if Defendant fails to present substantive evidence within the prescribed time.

3. Grant such other and further relief as the Court deems just and proper.

4. Any other equitable relief the Court deems appropriate to prevent further prejudice to Plaintiff.

Respectfully submitted, /s/ Artur Sargsyan Plaintiff, Pro Se Date: 06.09.2025