UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR SARGSYAN, | CASE NO. 2:25-cv-1257-JNW |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

This matter comes before the Court on Pro se Plaintiff Artur Sargsyan's motion for service by the United States Marshal Service.

Federal Rule of Civil Procedure 4(c)(3) requires the Court to order marshal service when requested by a plaintiff proceeding in forma pauperis ("IFP") under 28 U.S.C. § 1915. As the Ninth Circuit explained in *Boudette v. Barnette*, 923 F.2d 754, 757 (9th Cir. 1991), "[a]n IFP plaintiff must request that the marshal serve his complaint before the marshal will be responsible for such service." Section 1915(d) reinforces this framework by directing that "[t]he officers of the court shall issue and serve all process" in IFP cases. 28 U.S.C.§ 1915(d).

ORDER - 1

Plaintiff is authorized to proceed in forma pauperis and has now requested service-by-marshal. However, the Court will first attempt service through the more efficient waiver process under Rule 4(d). If Defendant fails to waive service, the Court will then direct marshal service as originally requested.

Thus, the Court finds the request proper and GRANTS the motion. The Court ORDERS as follows:

1. **Service by Clerk**. The clerk is directed to send the following to Defendant by first class mail: (a) a copy of Plaintiff's complaint, (b) a copy of this Order, (c) two copies of the notice of lawsuit and request for waiver of service of summons, (d) a waiver of service of summons, and (e) a return envelope, postage prepaid, addressed to the Clerk's Office. The address for Amazon.com, Inc.'s office is <u>410 Terry Avenue North, Seattle, Washington 98109</u>.

2. **Response required**. Defendant will have THIRTY (30) days to return the enclosed waiver of service of summons. A defendant who timely returns the signed waiver will have SIXTY (60) days after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted under Federal Rule of Civil Procedure 12. A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service. *See* Fed. R. Civ. P. 4(d)(2).

1  Dated this 16th day of September, 2025.

						Jamal N. Whitehead
						United States District Judge

ORDER - 3