UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR SARGSYAN,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM INC,<br><br>  Defendant. | CASE NO. 2:25-cv-1257-JNW<br><br>ORDER |

This matter comes before the Court on Pro se Plaintiff Artur Sargsyan's motion to "deny extension of time and request for expedited proceedings," Dkt. No. 13, and "emergency motion to expedite ruling and deny extensions," Dkt. No. 14. The first motion seeks to preemptively deny Amazon any future ability to request an extension of time to respond to Sargsyan's complaint. His second motion asks this Court to "expedite the overall consideration of this case to prevent irreparable harm caused by ongoing financial hardship." Dkt. No. 14 at 1.

Both motions are improper because Amazon has yet to appear. Courts "do not sit to decide hypothetical issues or to give advisory opinions about issues as to which there are not adverse parties before [the court]," so Sargsyan's first motion is

ORDER - 1

denied for impermissibly seeking a ruling on an issue that isn't actually before the Court. *Princeton Univ. v. Schmid*, 455 U.S. 100, 102 (1982). As to Sargsyan's second motion, all matters of case scheduling are left to the Court's sound discretion. Sargsyan has identified no grounds to expedite the "overall" case; this matter will proceed under the case schedule established by the Court and the Local Civil Rules.

Accordingly, both motions are DENIED. Dkt. Nos. 13, 14.

Dated this 16th day of September, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2