UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR SARGSYAN,<br><br>          Plaintiff,<br><br>   v.<br><br>AMAZON.COM INC,<br><br>          Defendant. | CASE NO. 2:25-cv-1257-JNW<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE |

      This matter comes before the Court on pro se Plaintiff Artur Sargsyan's "Motion to Vacate the Rule 4(d) Waiver Attempt and to Direct Immediate Service by the U.S. Marshal Service." Dkt. No. 17. He essentially asks the Court to reconsider its order on his motion requesting marshal service. Dkt. No. 15.

      Reconsideration is an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Est. of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). "A district court may properly reconsider its decision if it (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is

ORDER DENYING PLAINTIFF'S MOTION TO VACATE - 1

an intervening change in controlling law." *Smith v. Clark Cnty. Sch. Dist.*, 727 F.3d 950, 955 (9th Cir. 2013) (citation modified).

Sargsyan meets none of these requirements. He presents no new evidence and identifies no legal error. His arguments about delay and likely futility of waiver attempts were available when he filed his original motion for marshal service, and they are unpersuasive in any event. The Court's decision to attempt the more efficient waiver process first, with marshal service to follow if Amazon fails to waive service, is reasonable and within the Court's discretion.

Sargsyan's motion is DENIED. Dkt. No. 17.

Dated this 19th day of September, 2025.

Jamal N. Whitehead
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO VACATE - 2