UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR SARGSYAN, | CASE NO. 2:25-cv-1257-JNW |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

On September 19, 2025, the Court denied Artur Sargsyan's Motion to Vacate Rule 4(d) Waiver Attempt and Direct Immediate Service by U.S. Marshals. Dkt. No. 18. On September 21, Sargsyan filed a supplement requesting the same relief. Dkt. No. 19. For reasons stated in the Court's prior orders, the motion is DENIED.

Dated this 14th day of October, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 1