1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

ARTUR SARGSYAN,                          CASE NO. 2:25-cv-1257-JNW

8                    Plaintiff,           ORDER

9          v.

10   AMAZON.COM INC,

11                    Defendant.

12

13

14      Plaintiff Artur Sargsyan moves for any money judgment in this matter to be

15   satisfied through cryptocurrency. Dkt. No. 20. Federal Rule of Civil Procedure 69

16   requires money judgments to "accord with the procedure of the state where the

17   [federal] court is located," unless a specific federal statute applies. Sargsyan cites no

18   Washington precedent or rule that permits courts to order payment through

19   cryptocurrency. The motion is also premature. Sargsyan seeks an order governing

20   satisfaction of a money judgment before establishing any entitlement to such a

21   judgment.

22      Accordingly, the motion is DENIED. Dkt. No. 20.

23

ORDER - 1

Dated this 14th day of October, 2025.

Jamal N. Whitehead
United States District Judge