UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR SARGSYAN, | CASE NO. 2:25-cv-1257-JNW |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

Plaintiff Artur Sargsyan filed two motions for default judgment against Defendant Amazon.com, Inc. Dkt. Nos. 21; 22. The Court previously issued an order directing service by the Clerk of the Court and subsequently by the U.S. Marshals, if necessary. Dkt. No. 15. The deadlines set by that order have not passed, nor has the Clerk of the Court entered default against Amazon. *See* Fed. R. Civ. P. 55; LCR 55. Accordingly, Sargsyan's motions for default judgment are DENIED as premature. Dkt. Nos. 21; 22.

ORDER - 1

Dated this 14th day of October, 2025.

　　　　　　　　　　　　　　　　Jamal N. Whitehead
　　　　　　　　　　　　　　　　United States District Judge

ORDER - 2