1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR SARGSYAN, | CASE NO. 2:25-cv-1257-JNW |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

Plaintiff's "Motion to Vacate" comes before the Court. Dkt. No. 28. Plaintiff has filed yet another motion requesting that service on Amazon be deemed complete for purposes of Federal Rule of Civil Procedure 4. The Court has already denied the requested relief twice, as there is no legal basis to proceed without proper service on Defendant. Dkt. Nos. 25; 27. If Plaintiff continues to waste judicial resources by filing the same frivolous motion, the Court may impose filing restrictions, or sanctions under Rule 11, which requires all legal contentions to be warranted by existing law or a "nonfrivolous argument" for modifying existing law. Fed. R. Civ. P. 11(b)(2).

**ORDER** - 1

Accordingly, Plaintiff's "Motion to Vacate" is DENIED. Dkt. No. 28.

Dated this 22nd day of October, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2