UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Artur Sargsyan, Plaintiff,
v.
Amazon.com, Inc., Defendant.

Case No. 2:25-cv-01257-JNW

NOTICE OF FILING

Plaintiff Artur Sargsyan respectfully submits this Notice of Filing to inform the Court and the Clerk's Office that three coordinated and interrelated filings are being submitted concurrently for the Court's consideration:

1. Motion to Deem Service of Process Completed as of October 10, 2025

This motion requests that the Court formally recognize service based on the written acknowledgment issued by Amazon.com, Inc.'s Legal Department confirming receipt of the Summons and Complaint.
Amazon expressly stated that it received the documents and declines further service attempts because the documents have already been received, thereby satisfying the requirements of FRCP 4(h)(1)(B) and Ninth Circuit standards for corporate notice.

2. Motion for Entry of Default under FRCP 55(a)

This motion requests that the Clerk enter default because Amazon has:

failed to appear,

failed to plead, and

failed to otherwise defend
within the time mandated by FRCP 12(a)(1)(A)(i).
More than 21 days have elapsed since Amazon's confirmed receipt, and Defendant has made no filing, no appearance, and no request for an extension.

3. Supplemental Declaration of Artur Sargsyan

This sworn declaration provides evidentiary support showing that:

(a)

Amazon Legal acknowledged written receipt of the Summons and Complaint on October 10, 2025, confirming internal receipt as early as October 5, 2025;

(b)

Under FRCP 12(a), Amazon's response deadline expired more than a month ago, and Defendant has remained silent;

(c)

Plaintiff proceeds in forma pauperis, and due to the temporary suspension of U.S. Marshals Service operations, alternative service is financially and practically impossible;

(d)

Given Defendant's actual notice and prolonged failure to appear, no additional response deadline is warranted, and default is procedurally required under FRCP 55(a).

Collective Purpose of These Filings

These coordinated submissions demonstrate that:

service of process is complete,

Amazon has had actual notice of this lawsuit since October 5–10, 2025,

more than 21 days have expired with no response, and

entry of default is mandatory under FRCP 55(a).

Plaintiff further notes that granting additional time to a non-appearing defendant—after formal acknowledgment and a month-long silence—would undermine the principles of FRCP 1 ("just, speedy, and inexpensive determination") and would cause severe prejudice to Plaintiff.

Purpose of This Notice

This Notice is submitted solely to ensure:

the Court is fully alerted to the coordinated nature of the filings,

the Clerk properly associates all documents together under Docket No. 34,

and the record clearly reflects that Plaintiff has complied with all instructions issued in the Court's prior Show-Cause Order.

Respectfully submitted,

/s/ Artur Sargsyan
Artur Sargsyan
Plaintiff, Pro Se
Dated: November 14, 2025