UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR SARGSYAN, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM INC, <br><br> Defendant. | CASE NO. 2:25-cv-1257-JNW <br><br> ORDER DIRECTING SERVICE OF PROCESS BY THE U.S. MARSHALS SERVICE |

On September 16, 2025, the Court granted Plaintiff Artur Sargsyan's motion for service of process by the U.S. Marshals Service under Federal Rule of Civil Procedure 4(c)(3). The Court first directed the clerk to attempt to obtain a waiver of service, but that attempt was unsuccessful. Dkt. No. 15. Then, due to the lapse of government appropriations, the U.S. Marshals stopped serving process for plaintiffs proceeding in forma pauperis. *See* Dkt. No. 30.

As the U.S. Marshals have begun serving process again, the Court ORDERS:

(a) The Clerk shall provide a copy of this order, the complaint (Dkt. No. 5), Sargsyan's motion for service by the U.S. Marshal (Dkt. No. 12),

ORDER DIRECTING SERVICE OF PROCESS BY THE U.S. MARSHALS SERVICE - 1

and the summons (Dkt. No. 11), to the United States Marshal or Deputy Marshal no later than December 1, 2025;

(b) The deadline for service is EXTENDED to January 3, 2026.

(c) The United States Marshal or Deputy Marshal shall serve Defendant Amazon.com Inc. with the applicable summons and complaint no later than January 3, 2026.

Dated this 26th day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER DIRECTING SERVICE OF PROCESS BY THE U.S. MARSHALS SERVICE - 2