1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTUR SARGSYAN,

　　　　　Plaintiff,

　　v.

AMAZON.COM INC,

　　　　　Defendant.

CASE NO. 2:25-cv-1257-JNW

ORDER

On November 3, 2025, the Court ordered Plaintiff Artur Sargsyan to show cause why he should not be declared a vexatious litigant and to explain why filing restrictions against him are not warranted. Dkt. No. 32. The Court issued its order to show cause because Sargsyan repeatedly filed motions for default against Defendant Amazon.com, Inc., even though service had not been carried out. Sargsyan responded to the Court's order to show cause on November 4. Dkt. No. 34. Since responding, Sargsyan has also filed two motions related to default. Dkt. Nos. 35; 36.

Sargsyan's response to the Court's order to show cause demonstrates a concern for ensuring that Amazon has notice of this case, and it provides some

ORDER - 1

context for his numerous filings. Given the early stage of this litigation and that the Court recently ordered the U.S. Marshals to serve Amazon in this matter, the Court will not impose filing restrictions at this time.

Turning to Sargsyan's motions related to default. First, he moves to deem service of process complete as of October 10, 2025. Dkt. No. 35. Because the Court has already ordered the U.S. Marshals to serve Amazon under Federal Rule of Civil Procedure 4(c)(3), as Sargsyan requested, the Court DENIES the motion. Dkt. No. 35. Second, Sargsyan moves for entry of default against Amazon. Dkt. No. 36. The motion is premature, as the U.S. Marshals have not yet served Amazon as ordered. Accordingly, the Court DENIES the motion. Dkt. No. 36.

In sum, Sargsyan's motion to deem service complete, Dkt. No. 35, is DENIED, and Sargsyan's motion for entry of default, Dkt. No. 36, is DENIED as premature. Additionally, the Court does not find that Sargsyan is a vexatious litigant at this time.

Dated this 26th day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2