| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|---|
| **PLAINTIFF**<br>Artur Sargsyan | | **COURT CASE NUMBER**<br>2:25-cv-01257-JNW | |
| **DEFENDANT**<br>Amazon.com Inc | | **TYPE OF PROCESS**<br>Service of Summons and Complaint | |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Amazon.com Inc
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  410 Terry Avenue North,

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Western District of Washington Federal Courthouse<br>Office of the Clerk<br>700 Stewart St, Suite 2310, Seattle, WA 98101 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of:<br>USDC, Seattle Clerk's Office (KRA) | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>206-370-8453 | DATE<br>11/26/2025 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>ELLEN JONES, CUSTOMER SERVICE ASSOCIATE | Date<br>12/4/2025 | Time<br>1120 ☒ am ☐ pm |
|---|---|---|
| Address (complete only different than shown above)<br>AMAZON.COM INC<br>CORPORATION SERVICE COMPANY SUITE 208<br>300 DESCHUTES WAY SW<br>TUMWATER WA 98501 | Signature of U.S. Marshal or Deputy<br>CHAD CRUMMER | |

Costs shown on attached USMS Cost Sheet >>

REMARKS
THE ABOVE IS AMAZON'S NATIONAL REGISTERED AGENT.

✓ FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 17 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                     DEPUTY

Form USM-285
Rev. 03/21