The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARTUR SARGSYAN,<br><br>                        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>                        Defendant. | No. 2:25-CV-01257-JNW<br><br>STIPULATED MOTION AND ORDER TO ESTABLISH BRIEFING SCHEDULE FOR PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>January 9, 2026 |

Pursuant to LCR 7(d)(1), Plaintiff Artur Sargsyan ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon") jointly stipulate and agree as follows:

1. On July 1, 2025, Plaintiff filed a Complaint for Monetary Relief and Motion for Expedited Default Judgment against Amazon. (ECF No. 1).

2. On December 23, 2025, Amazon filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 43).

3. On December 24, 2025, Plaintiff filed an Opposition to Amazon's Motion to Dismiss Plaintiff's Complaint. (ECF No. 44).

4. On December 29, 2025, Plaintiff filed a First Amended Complaint for Monetary Relief (the "FAC"). (ECF No. 45).

5. In light of Plaintiff's filing of the FAC, the Parties stipulate and agree that Amazon's Motion to Dismiss Plaintiff's original Complaint (ECF No. 43) and Plaintiff's

STIPULATED MOTION AND ORDER TO ESTABLISH BRIEFING SCHEDULE
CASE NUMBER 2:25-CV-01257-JNW - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Opposition to Amazon's Motion to Dismiss Plaintiff's Complaint (ECF No. 44) are now moot.

6. Amazon intends to file a Motion to Dismiss Plaintiff's FAC. To provide the Parties sufficient time to analyze and brief Amazon's forthcoming Motion to Dismiss, the Parties agree to extend the deadline for Amazon to answer, move to dismiss, or otherwise respond to the FAC to 14 days after the Court enters this stipulation as an Order.

7. If, as expected, Amazon files a Motion to Dismiss the FAC, the Parties have agreed to a briefing schedule on that Motion as follows:

    a. Motion Due: 14 days after entry of this stipulation as an Order

    b. Opposition Due: 10 days after Amazon's Motion to Dismiss is filed.

    c. Reply Due: 7 days after Plaintiff's opposition is filed.

8. In the event Defendant's Motion to Dismiss is denied in whole or in part, Defendant shall file an Answer to the First Amended Complaint within fourteen (14) days of the Court's order, consistent with Federal Rule of Civil Procedure 12(a)(4).

9. The Parties agree that no Party will be prejudiced by the above deadlines and this stipulated motion is not made for the purpose of delay or any other improper purpose.

IT IS SO STIPULATED.

SO STIPULATED THIS DAY OF January 12, 2026.

STIPULATED MOTION AND ORDER TO ESTABLISH BRIEFING SCHEDULE
CASE NUMBER 2:25-CV-01257-JNW- 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | | |
|---|---|---|
| 1 | Artur Sargsyan | K&L GATES LLP |
| 2 | | |
| 3 | By: */s/Artur Sargsyan* | By: */s/ Abraham Weill* |
| | Artur Sargsyan | Abraham M. Weill, WSBA #58663 |
| 4 | Phone: +374 93 079 997 | Peter A. Talevich, WSBA #42644 |
| | Email: artursargsyan34100@gmail.com | 925 Fourth Avenue, Suite 2900 |
| 5 | | Seattle, Washington 98104-1158 |
| | *Plaintiff Pro Se* | Tel: +1 206 370 6795 |
| 6 | | Fax: +1 206 623 7022 |
| | | Email: Abe.Weill@klgates.com |
| 7 | | Peter.Talevich@klgates.com |
| 8 | | *Attorneys for Defendant* |

STIPULATED MOTION AND ORDER TO ESTABLISH BRIEFING SCHEDULE
CASE NUMBER 2:25-CV-01257-JNW- 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**ORDER**

It is so ordered.

DATED this 12th day of January, 2026.

_____
THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO ESTABLISH BRIEFING SCHEDULE
CASE NUMBER 2:25-CV-01257-JNW- 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022